IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT, IN AND
FOR PINELLAS COUNTY, FLORIDA

CASE NO.:
DIVISION:

SUSAN MARANO,

      Plaintiff,

vs.

FIFTH THIRD BANK,

and

TRANS UNION LLC,

and

EXPERIAN INFORMATION
SOLUTIONS, INC.,

and

EQUIFAX INFORMATION
SERVICES LLC,

      Defendants.

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

### I.      INTRODUCTION

1.      This is an action for injunctive relief and damages in excess of $50,000.00 exclusive of costs, interest, and attorney's fees, brought by Plaintiff, SUSAN MARANO, an individual consumer, for violations of the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* (the "FCCPA"), and violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.* the "RESPA"), by FIFTH THIRD BANK ("FIFTH THIRD"), and violations of the Fair

Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA"), by FIFTH THIRD, TRANS UNION LLC ("TRANS UNION"), EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), and EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX").  Fundamentally, this case is about FIFTH THIRD's refusal to respect Ms. Marano's personal and legal rights in FIFTH THIRD's servicing of Ms. Marano's home mortgage and the Defendants' refusal to respect Ms. Marano's personal and legal rights in their false reporting of Ms. Marano's personal and legal rights in their false reporting of Ms. Marano's credit and financial information.

2.      "As a result of increased abuse by consumer debt collectors and the lack of any meaningful common law tort remedies, in the late-1960s and early-1970s, state legislatures began to recognize the need for consumer protection legislation in the area of debt collection… For its part, Florida enacted the FCCPA in 1972 as a means of regulating the activities of consumer collection agencies within the state."  Gause v. Med. Bus. Consultants, Inc., 424 F. Supp. 3d 1175, 1186 (M.D. Fla. 2019) (internal citations omitted).

3.      Consumer reporting agencies, like TRANS UNION, EXPERIAN, and EQUIFAX, are charged with maintaining reasonable procedures to ensure the maximum possible accuracy of the information they report which is provided by furnishers, like FIFTH THIRD, to the consumer reporting agencies.

4.      When a consumer, like Plaintiff, disputes information through the consumer reporting agencies the FCRA demands that both the agency and the furnisher separately conduct a reasonable investigation of the consumer's dispute and correct or delete information which is inaccurate or cannot otherwise be verified.

## II.    JURISDICTION

5.    Jurisdiction of this Court arises pursuant to Fla. Stat. § 26.012, Fla. Stat. § 559.77(1), 12 U.S.C. § 2614, and 15 U.S.C. § 1681p.  Venue in this County is proper in that the conduct complained of occurred here.

## III.    PARTIES

6.    Plaintiff, SUSAN MARANO, is a natural person, and citizen of the State of Florida, who at all times pertinent hereto resided in Tierra Verde, FL 33715.  Plaintiff is a "consumer" as defined by the FCRA, 15 U.S.C. § 1681a(c) and FCCPA, Fla. Stat. § 559.55(8).

7.    Defendant, FIFTH THIRD, is a banking corporation whose principal address is located at 38 Fountain Square Plaza, Cincinnati, OH 45263.

8.    FIFTH THIRD is a "furnisher of information" as contemplated by the FCRA, 15 U.S.C. § 1681s-2(a) & (b), that regularly furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with consumers.

9.    Defendant, TRANS UNION, whose principal address is located at 555 West Adams Street, Chicago, IL 60661, is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f).  Upon information and belief, TRANS UNION regularly engages in the business of assembling, evaluating, and disbursing information concerning consumers for the purposes of furnishing consumer reports, as defined by the FCRA, 15 U.S.C. § 1681a(d), to third parties.

10.    EXPERIAN, whose principal address is located at 475 Anton Boulevard, Costa Mesa, CA 92626, is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f).  Upon information and belief, EXPERIAN regularly engages in the business of assembling, evaluating, and disbursing information concerning consumers for the purposes of furnishing consumer reports, as defined by the FCRA, 15 U.S.C. § 1681a(d), to third parties.

11.    EQUIFAX, whose principal address is located at 1550 Peachtree St. NE, Atlanta, GA, 30309, is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f). Upon information and belief, EQUIFAX regularly engages in the business of assembling, evaluating, and disbursing information concerning consumers for the purposes of furnishing consumer reports, as defined by the FCRA, 15 U.S.C. § 1681a(d), to third parties.

## IV.    BACKGROUND

12.    Ms. Marano had an alleged debt to FIFTH THIRD arising out of personal, family, or household purposes.  The alleged debt is a "consumer debt" as defined by the FCCPA, Fla. Stat. § 559.55(6).

13.    Specifically, Ms. Marano was the mortgagor of a mortgage (Book 21358, Page 42, O.R. Pinellas County, Instrument 2021024722 [the "Mortgage"]), encumbering the property located at 751 Pinellas Bayway S., # 304, Tierra Verde, FL 33715 (the "Property").

14.    The Mortgage is a "federally related mortgage loan" as defined by RESPA, 12 U.S.C. § 2602(1).

15.    The Mortgage listed the "Lender" as LENDUS, LLC ("LENDUS") and defined MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") as the nominee and mortgagee for LENDUS.

16.    FIFTH THIRD began servicing the Mortgage, demanding and accepting payments from the Plaintiff.

17.    In the summer and fall of 2022 Ms. Marano, concerned that Ms. Marano might began to fall behind on Ms. Marano's mortgage payments, began exploring home assistance programs with FIFTH THIRD.

18.    FIFTH THIRD instructed Ms. Marano to fill out a "Mortgage Assistance Application" (the "Application").

19.    Beginning in October 2022 Ms. Marano began sending FIFTH THIRD the required Application and supporting documents.

20.    FIFTH THIRD would repeatedly claim that FIFTH THIRD had not received the documents.

21.    Ms. Marano submitted a 2nd Application dated November 28, 2022.   A true and correct copy of November 28, 2022, Application is attached hereto as Exhibit 1.

22.    FIFTH THIRD responded to the November 28, 2022, Application via letter dated December 14, 2022.  A true and correct copy of the December 14, 2022, letter is attached hereto as Exhibit 2.

23.    The December 14, 2022, letter stated in part that "[t]he decision on your hardship application is pending and will be communicated to you separately."

24.    Throughout December 2022 and January 2023 Ms. Marano began communicating with FIFTH THIRD's representative, Deanna Wright, via e-mail.

25.    Ms. Marano repeatedly informed Ms. Wright that Ms. Marano was concerned because Ms. Marano kept submitting documents to FIFTH THIRD but FIFTH THIRD began to suggest that Ms. Marano was not in any type of forbearance or other mortgage assistance program.

26.    Ms. Wright repeatedly informed Ms. Marano not to worry.

27.    For example, on December 28, 2022, Ms. Marano sent Ms. Wright the following message:

> Hi there I haven't heard back from you and I just got something in the mail that says I am $6256 in arrears and I'm really upset. I really need someone to call me and walk me through what's going on because you told me that I would be protected and this bill here is freaking me at 727-539-9472. You told me that you wouldn't respond if I sent you emails and I've sent you quite a few and I haven't heard back.
>
> Susan Marano

28.    On December 29, 2022, Ms. Wright responded as follows:



29.    Ms. Wright insisted that Ms. Marano was "protected" and that the communications about being behind on the mortgage were nothing to worry about because they were "automatically sent out."

30.    Ms. Marano, also concerned about her credit being affected, asked Ms. Wright about possible negative credit reporting.

31.    On January 12, 2023, Ms. Wright responded about possible derogatory reporting, stating:

Wright, Deanna <Deanna.Wright@53.com>
Thu 1/12/2023 7:55 AM
To: susan marano <s.marano@hotmail.com>
Hello and good morning . My supervisor got back to me on the matter of the credit report. Your report is showing current with disaster protections. Which means its not reporting delinquency, but it will show a balance. I hope this answered your question.

Thank you ,

Deanna Wright
Homeowner's Assistance Customer Care Specialist

32.    On January 20, 2023, Ms. Wright e-mailed Ms. Marano stating that the documents necessary for assistance had been uploaded and that Ms. Marano would receive a decision after 30 days.

33.     Ms. Wright stopped responding to Ms. Marano after that.  True and correct copies of the e-mail correspondence between Ms. Wright and Ms. Marano are attached hereto as composite Exhibit 3.

34.     Rather than receive a decision after 30 days, Ms. Marano instead received a letter from FIFTH THIRD dated February 15, 2023, which again requested more documents.  A true and correct copy of the February 15, 2023, letter is attached hereto as Exhibit 4.

35.     In addition to being notified that, somehow, FIFTH THIRD needed more documents to apply for assistance, Ms. Marano also found out that FIFTH THIRD had begun reporting the Mortgage as "90 days past due" in January 2023.

36.     At this point, Ms. Marano was truly worried, as Ms. Marano had been informed that Ms. Marano was "protected" whilst going through the mortgage assistance program.

37.     Had Ms. Marano known that FIFTH THIRD was going to consider, and report, the Mortgage as delinquent Ms. Marano could have at least attempted to pay for the last months of 2022.

38.     Now, due to the reporting of a delinquent mortgage, Ms. Marano could not secure a loan and Ms. Marano's other creditors began lowering Ms. Marano's credit limits.

39.     For example, Ms. Marano received a lettered dated March 28, 2023, from SYNCHRONY BANK ("SYNCHRONY") stating that Ms. Marano's credit limit with SYNCHRONY had been reduced.  A true and correct copy of the March 28, 2023, letter from SYNCHRONY is attached hereto as Exhibit 5.

40.     Furthermore, when Ms. Marano applied for a personal loan with ACHIEVA CREDIT UNION ("ACHIEVA"), that application was denied.  A true and correct copy of a denial letter from ACHIEVA dated April 14, 2023, is attached hereto as Exhibit 6.

41.    FIFTH THIRD also sent Ms. Marano a letter dated March 31, 2023, asserting that FIFTH THIRD had "accelerated" the Mortgage, indicating that FIFTH THIRD was going to foreclose on Ms. Marano's home.  A true and correct copy of the March 31, 2023, letter is attached hereto as Exhibit 7.

42.    FIFTH THIRD alleges that on April 6, 2023, the Mortgage was assigned to FIFTH THIRD by means of an "Assignment of Mortgage" (Book 22400, Page 121, O.R. Pinellas County, Instrument 2023090190 [the "Assignment"]).  A true and correct copy of the Assignment is attached hereto as Exhibit 8.

43.    On April 24, 2023, Ms. Marano, through Ms. Marano's previous attorney, sent FIFTH THIRD a "notice of error" and "qualified written request" pursuant to RESPA.  A true and correct copy of the April 24, 2023, notice of error is attached hereto as Exhibit 9.

44.    FIFTH THIRD responded to the notice of error and qualified written request via letter dated May 18, 2023.  A true and correct copy of the May 18, 2023, letter is attached hereto as Exhibit 10.

45.    FIFTH THIRD filed a Notice of Lis Pendens in the Pinellas County public records on May 19, 2023.  A true and correct copy of Notice of Lis Pendens is attached hereto as Exhibit 11.

46.    However, in June 2023, FIFTH THIRD offered Ms. Marano a loan modification. A true and correct copy of the loan modification letter from FIFTH THIRD dated June 9, 2023, is attached hereto as Exhibit 12.

47.    Ms. Marano accepted the loan modification via letter dated June 16, 2023. A true and correct copy of Ms. Marano's letter accepting the loan modification is attached hereto as Exhibit 13.

48.     Throughout the summer of 2023 Ms. Marano made Ms. Marano's loan modification payments.

49.     Finally, FIFTH THIRD sent Ms. Marano a letter dated November 13, 2023, stating that the loan modification had been completed.  A true and correct copy of the November 13, 2023, letter is attached hereto as Exhibit 14.

50.     FIFTH THIRD sent Ms. Marano a statement dated November 20, 2023, asserting that Ms. Marano's normal monthly mortgage payment of $1,639.59 was due on December 1, 2023. A true and correct copy of the November 20, 2023, statement is attached hereto as Exhibit 15.

51.     The November 20, 2023, statement reflected that loan modification had gone through, and that Ms. Marano was to start making her normal monthly payments again.

52.     A release of the lis pendens was recorded on November 21, 2023.

53.     Ms. Marano paid the December 2023 mortgage payment.

54.     FIFTH THIRD sent Ms. Marano a statement dated December 1, 2023, asserting that Ms. Marano's normal monthly mortgage payment of $1,639.59 was due January 1, 2024.  A true and correct copy of the December 1, 2023, statement is attached hereto as Exhibit 16.

55.     The December 1, 2023, statement did not indicate any issues with the December payment which Ms. Marano had made and simply requested that Ms. Marano pay the January 2024 mortgage.

56.     Ms. Marano paid the January 2024 mortgage payment.

57.     Everything seemed to be back on track after the modification until Ms. Marano received from FIFTH THIRD a statement dated February 1, 2024.  A true and correct copy of the February 1, 2024, statement is attached hereto as Exhibit 17.

58.    Out of the blue, on the February 1, 2024, statement FIFTH THIRD began attempting to collect the following fees:

- "FCL ATTORNEY FEES" in the amount of $920.00;

- "DOC FILING COST" in the amount of $1,970.00; and

- "TITLE SEARCH" in the amount of $115.00.

59.    The total amount of these fees is for $3,005.00.

60.    Ms. Marano had received a modification in November 2023.

61.    Between November 2023 and February 2024 Ms. Marano made all her payments.

62.    FIFTH THIRD attempted to charge Ms. Marano fees that FIFTH THIRD simply had no legal right to try to collect.

63.    FIFTH THIRD even filed a foreclosure on Ms. Marano's home for Ms. Marano's alleged failure to pay the bogus fees.  FIFTH THIRD served a copy of the foreclosure complaint on Ms. Marano's ex-boyfriend in New Jersey, causing Ms. Marano embarrassment and mental anguish.

64.    FIFTH THIRD sent Ms. Marano a letter dated July 16, 2024, stating that Ms. Marano was delinquent on her account for failure to pay the bogus fees, stating that the failure to pay the fees was "a serious matter that could result in the loss of your home."  A true and correct copy of the July 16, 2024, letter is attached hereto as Exhibit 18.

65.    Ms. Marano, who had lived for almost two (2) years under the threat of wrongful foreclosure, decided to move out of the Property, in part, to avoid having to deal with FIFTH THIRD's illegal practices.

66.    Ms. Marano moved out of the Property in August 2024.

67.    FIFTH THIRD filed a Release of Mortgage on August 15, 2024.

68.     On October 11, 2023, Ms. Marano sent dispute letters to TRANS UNION, EXPERIAN and EQUIFAX disputing the delinquent payments and explaining that FIFTH THIRD had informed Ms. Marano that Ms. Marano's account would not be reported as late while she was in forbearance.

69.     True and correct copies of the dispute letters to TRANS UNION, EXPERIAN and EQUIFAX are attached hereto as Exhibits 19, 20, and 21, respectively.

70.     Upon information and belief, TRANS UNION, EXPERIAN and EQUIFAX notified the furnisher, FIFTH THIRD, of Plaintiff's dispute of the alleged debt.

71.     TRANS UNION, EXPERIAN and EQUIFAX never responded to the dispute letters.

72.     However, the inaccurate reporting still exists on Ms. Marano's current TRANS UNION, EXPERIAN and EQUIFAX credit reports.

73.     The reporting of a delinquency that never existed has saddled Ms. Marano with a delinquent account on her reports that does not reflect what actually happened, causing damage to Ms. Marano's reputation and causing Ms. Marano worry, fear, frustration and embarrassment.

74.     As detailed above, as a result of the reporting Ms. Marano had credit limits decreased and was denied credit due to the inaccurate reporting.

**V.     COUNT I – FLORIDA CONSUMER COLLECTION PRACTICES ACT VIOLATIONS BY FIFTH THIRD**

75.     Plaintiff incorporates by reference paragraphs 1 through 74 of this Complaint.

76.     FIFTH THIRD, by disclosing information to Ms. Marano's allegedly delinquent mortgage to Ms. Marano's ex-boyfriend, disclosed information affecting Ms. Marano's reputation despite having knowledge or reason to know that Ms. Marano did not have a legitimate business need for the information in violation of Fla. Stat. § 559.72(5).

77.     FIFTH THIRD, by engaging in the debt collection activity described above, including, but not limited to, repeatedly making contradictory statements to Ms. Marano leading her to believe that she was "protected" when in fact she was on a bee line to a foreclosure, engaged in conduct which FIFTH THIRD could reasonably expect to abuse or harass Ms. Marano in violation of Fla. Stat. § 559.72(7).

78.     FIFTH THIRD, by attempting to collect the $3,005.00 in "fees", and by threatening foreclosure when Ms. Marano was not behind on her mortgage, claimed, attempted and threatened to enforce a debt that FIFTH THIRD knew as not legitimate, and claimed the existence of a legal right that FIFTH THIRD knew it did not have in violation of Fla. Stat. § 559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, FIFTH THIRD, for:

a.      Actual and statutory damages pursuant to Fla. Stat. § 559.77;

b.      Attorney's fees, litigation expenses and costs of suit pursuant to Fla. Stat. § 559.77;

c.      Injunctive relief pursuant to Fla. Stat. § 559.77; and

d.      Such other and further relief as the Court deems proper.

## VI.     COUNT II – FAIR CREDIT REPORTING ACT VIOLATIONS BY FIFTH THIRD

79.     Plaintiff incorporates by reference paragraphs 1 through 74 of this Complaint.

80.     By failing to fully and properly investigate Plaintiff's dispute, by failing to accurately respond to TRANS UNION, EXPERIAN, and EQUIFAX by failing to correctly report the results of the investigation to TRANS UNION, EXPERIAN and EQUIFAX, and by failing to permanently and lawfully correct its own internal records to prevent the re-reporting of an inaccurate item, FIFTH THIRD willfully and negligently violated the FCRA, 15 U.S.C. § 1681s-2(b).

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, FIFTH THIRD, for:

a.    Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o;

b.    Attorney's fees, litigation expenses and costs pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o; and

c.    Such other and further relief as the Court deems proper.

## VII.    COUNT III – FAIR CREDIT REPORTING ACT VIOLATIONS BY TRANS UNION

81.    Plaintiff incorporates by reference paragraphs 1 through 74 of this Complaint.

82.    By failing to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintained concerning Plaintiff TRANS UNION violated the FCRA, 15 U.S.C. § 1681e.

83.    By failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of the inaccuracy, by failing to conduct a reasonable investigation, by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file, by failing to review and consider the information provided to TRANS UNION by Plaintiff, and by relying upon verification of the item from a source TRANS UNION has reason to know is unreliable, TRANS UNION violated the FCRA, 15 U.S.C. § 1681i.

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, TRANS UNION, for:

a.    Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o;

b.    Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o; and

c.    Such other and further relief as the Court deems proper.

## VIII.   COUNT IV – FAIR CREDIT REPORTING ACT VIOLATIONS
### BY EXPERIAN

84.    Plaintiff incorporates by reference paragraphs 1 through 74 of this Complaint.

85.    By failing to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintained concerning Plaintiff EXPERIAN violated the FCRA, 15 U.S.C. § 1681e.

86.    By failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of the inaccuracy, by failing to conduct a reasonable investigation, by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file, by failing to review and consider the information provided to EXPERIAN by Plaintiff, and by relying upon verification of the item from a source EXPERIAN has reason to know is unreliable, EXPERIAN violated the FCRA, 15 U.S.C. § 1681i.

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, EXPERIAN, for:

a.    Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o;

b.    Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o; and

c.    Such other and further relief as the Court deems proper.

## IX.    COUNT V – FAIR CREDIT REPORTING ACT VIOLATIONS
### BY EXPERIAN

87.    Plaintiff incorporates by reference paragraphs 1 through 74 of this Complaint.

88.    By failing to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintained concerning Plaintiff EQUIFAX violated the FCRA, 15 U.S.C. § 1681e.

89.    By failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of the inaccuracy, by failing to conduct a reasonable investigation, by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file, by failing to review and consider the information provided to EQUIFAX by Plaintiff, and by relying upon verification of the item from a source EQUIFAX has reason to know is unreliable, EQUIFAX violated the FCRA, 15 U.S.C. § 1681i.

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, EQUIFAX, for:

a.    Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o;

b.    Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C. § 1681n and 15 U.S.C. 1681o; and

c.    Such other and further relief as the Court deems proper.

### VI.    COUNT II – REAL ESTATE SETTLEMENT PROCEDURES ACT VIOLATIONS BY FIFTH THIRD

90.    Plaintiff incorporates by reference paragraphs 1 through 74 of this Complaint.

91.    Upon information and belief, FIFTH THIRD has a pattern and practice of noncompliance with RESPA's requirements regarding notices of error.  Plaintiff believes the documents establishing the full extent of FIFTH THIRD's noncompliance with notices of error to be in the exclusive possession of FIFTH THIRD.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, FIFTH THIRD, for:

a.    Actual and statutory damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable.

/s/ Ryan G. Moore
Ryan G. Moore, Fla. Bar No.: 70038
First Coast Consumer Law
476 Osceola Avenue
Jacksonville Beach, FL, 32250-4082
P: (904) 242-7070 F: (904) 513-9280
e-service: pleadings@firstcoastconsumerlaw.com
*Attorney for Plaintiff*

# EXHIBIT 1

Loan number: ~~████████~~ 1744

*2nd application*

## Mortgage Assistance Application



FIFTH THIRD BANK

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to 5001 Kingsley Drive, MD 1MOB19, Cincinnati OH, 45227 OR by fax: 513-358-8786, online: **53.com/gethelp**, or email: **LossMitigationCustomerCare1@53.com**. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact Fifth Third Bank at 800-375-1745, option 3, Monday through Friday, 8:00 a.m. to 5:00 p.m., ET.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

• The U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or **hud.gov/counseling**.
• The Consumer Financial Protection Bureau (CFPB) at 855-411-2372 or **consumerfinance.gov/mortgagehelp**.

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

### Borrower Information

Borrower's name: **Susan Marano**          # of household members: **one**

Social Security Number (last 4 digits): ~~████~~

E-mail address: **S. Marano@hotmail.com**

Primary phone number: **727 539-9472**          ☑ Cell  ☐ Home  ☐ Work  ☐ Other

Alternate phone number: **n/a**          ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Co-borrower's name: **n/a**

Social Security Number (last 4 digits): ~~████~~

E-mail address: _____

Primary phone number: _____          ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Alternate phone number: _____          ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone  ☐ Home phone  ☐ Work phone  ☐ Email  ☐ Text—checking this box indicates your consent for text messaging.

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes  ☐ No

### Property Information

Property Address: **151 Pinellas Bayway S. Terra Verde Fl 33715**

Mailing address (if different from property address): _____

• The property is currently: ☑ A primary residence  ☐ A second home  ☐ An investment property

• The property is (select all that apply): ☑ Owner occupied  ☐ Renter occupied  ☐ Vacant

• I want to: ☑ Keep the property  ☐ Sell the property  ☐ Transfer ownership of the property to my servicer  ☐ Undecided

Is the property listed for sale? ☐ Yes  ☒ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: _____

Is the property subject to condominium or homeowners' association (HOA) fees? ☐ Yes  ☐ No – If yes, indicate monthly dues:
$ **638.42**  +  *special assessment of $1900*
*$50/mth. till paid*

LIDN 3277



**FIFTH THIRD BANK**

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) 10/15/2022 and is believed to be:

☐ Short Term (up to 6 months)    ☐ Long-term or permanent (greater than 6 months)    ☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | • Copy of award letter OR<br>• Termination Letter OR<br>• Benefits statement from benefits payer |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | • Letter from employer showing overtime decrease or elimination OR<br>• Letter from employer showing regular hours decreased OR<br>• Proof of furlough OR<br>• W2 statements from current and prior year |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | • Account statements OR<br>• Late notices OR<br>• Letter showing increase pending |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | • Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | • Written statement from the borrower, or other documentation verifying disability or illness<br>Note: Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | • Final divorce decree or final separation agreement OR<br>• Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | • Recorded quitclaim deed OR<br>• Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | • Death certificate OR<br>• Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | • For active duty service members: Permanent Change of Station (PCS) orders or letter showing transfer<br>• For employment transfers/new employment: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, AND<br>• Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>_____<br>_____<br>_____<br>_____ | • Written explanation describing the details of the hardship and any relevant documentation |

LIDN 3277



FIFTH THIRD BANK

**Hardship Summary**
(Please describe your current hardship situation)

Was let go from job and now expanding my own business and have no consistent hours weekly. Within 6 mths I will be at about where I'm making a profit & be able to pay my bills. The HOA 638⁹⁷ and I covers utilities, cable, internet common grounds. garbage. With the mortgage. being in forbearance for 6 mths. I will have time to recoup pay my mortgage I don't want to loose my house + I don't want to sell it I just need 6 mths to get my saving back where I was.

LIDN 3277



**FIFTH THIRD BANK**

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

\* An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: _____    Date: 11/28/22

Co-Borrower signature: _____    Date: _____

Please submit your completed application, together with the required documentation, to 5001 Kingsley Drive, MD 1MOB19, Cincinnati OH, 45227 OR by fax: 513-358-8786, online: 53.com/gethelp, or email: LossMitigationCustomerCare1@53.com. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

_____ information you provided to help us identify the assistance you may be eligible to receive.

LIDN 3277

# EXHIBIT 2

Fifth Third Bank
5001 Kingsley Drive
MD 1MOB19
Cincinnati OH 45227


**FIFTH THIRD BANK**

SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE, FL 33715

Date:                  December 14, 2022
Account:               *****7144

### Important Information Regarding Your Hardship Application

Dear Borrower(s),

We appreciate your business and value the trust you've placed in us. We try to assist our customers in difficult financial situations whenever feasible and are contacting you regarding your completed loss mitigation 'workout' package for the mortgage loan referenced above.

The decision on your hardship application is pending and will be communicated to you separately.

In the meantime, a copy of the property valuation for your hardship application is enclosed. According to federal law, you have a right to receive these documents, whether your application is approved or not.

The enclosed appraisal or valuation documents are for informational purposes only. This does not represent a loss mitigation workout commitment and does not require that you go forward with any approved loss mitigation workout options.

If you have questions about this letter or your hardship application, please contact us at 855-736-4578, Monday through Friday, 8 a.m. to 5 p.m., ET.

Thank you for being a Fifth Third customer.

Sincerely,

Fifth Third Bank

Enclosure

BANKRUPTCY NOTICE: To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this letter is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien. Any negotiations or arrangements entered into do not constitute a waiver of your discharge, an attempt to collect against you personally or an attempt to revive your personal liability for the debt.

LIDN 3759
Fifth Third Bank, National Association. Member FDIC. 🏠 Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

LOAN NUMBER:            ******7144

BORROWER(S):           SUSAN MARANO

PROPERTY ADDRESS:      751 PINELLAS BAYWAY S APT 304
                       TIERRA VERDE, FL 33715

## PROPERTY VALUATION

While processing your application, the following information was obtained regarding the value of your property from the automated property valuation tool by Freddie Mac. The value estimate represents the estimated market value of your property.

Value Estimate: $476,400.00

# EXHIBIT 3

## RE: I'm getting really worried

Wright, Deanna <Deanna.Wright@53.com>

Thu 12/29/2022 1:43 PM

To: susan marano <s.marano@hotmail.com>

Hello,

Please excuse my delayed response as I was out before the holidays and am just returning.

Your account has been placed under protection while it is under review. This letter of past due notice for January is something that gets automatically sent out because the system just sees the account as no payments coming it . No foreclosure will start while you are under review as this places the process on hold. As of today your file is still under review. We will be reaching out as soon as underwriting produces an offer.

Thank you for reaching out and I hope you had a great holiday as well. Happy new year !

*here is where I am assured that I am protected + will not Be reported to credit union*

**Deanna Wright**

*Homeowner's Assistance Customer Care Specialist*

Fifth Third Bank | 5001 Kingsley Dr | MD 1MOB19 | Cincinnati, OH 45227
855-736-4578 | fax: 513-358-8786

---

From: susan marano <s.marano@hotmail.com>
Sent: Wednesday, December 28, 2022 7:04 PM
To: Wright, Deanna <Deanna.Wright@53.com>
Subject: I'm getting really worried

### CAUTION EXTERNAL EMAIL

DO NOT open attachments or click on links from unknown senders or unexpected emails

Hi there I haven't heard back from you and I just got something in the mail that says I am $6256 in arrears and I'm really upset. I really need someone to call me and walk me through what's going on because you told me that I would be protected and this bill here is freaking me at 727-539-9472. You told me that you wouldn't respond if I sent you emails and I've sent you quite a few and I haven't heard back.

Susan Marano
727-539-9472

### CAUTION EXTERNAL EMAIL

DO NOT open attachments or click on links from unknown senders or unexpected emails

This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

## RE: I'm getting really worried

**Wright, Deanna** <Deanna.Wright@53.com>

Thu 12/29/2022 3:54 PM

To: susan marano <s.marano@hotmail.com>

Hey Susan I am going to personally reach out to the underwriter and see if I can get an update for you on this matter. I appreciate your patience with us on this.

I will reach out as soon as I get an update.

Thank you ,

**Deanna Wright**
*Homeowner's Assistance Customer Care Specialist*

  Fifth Third Bank | 5001 Kingsley Dr | MD 1MOB19 | Cincinnati, OH 45227
855-736-4578 | fax: 513-358-8786

---

**From:** susan marano <s.marano@hotmail.com>
**Sent:** Thursday, December 29, 2022 2:59 PM
**To:** Wright, Deanna <Deanna.Wright@53.com>
**Subject:** Re: I'm getting really worried


> **CAUTION EXTERNAL EMAIL**
> DO NOT open attachments or click on links from unknown senders or unexpected emails

Oh my goodness thank you so much for getting back to me. I was starting to freak out. But now that I read your letter word review scares me now because it seems as though they have the right to decline giving me a forbearance which will really put me in a bind. I look forward to hearing from you soon. Thank you.

Susan Marano
727-539-9472



On Dec 29, 2022, at 1:43 PM, Wright, Deanna <Deanna.Wright@53.com> wrote:

Hello,
Please excuse my delayed response as I was out before the holidays and am just returning. Your account has been placed under protection while it is under review. This letter of past due notice for january is something that gets automatically sent out because the system just sees the account as no payments coming it . No foreclosure will start while you are under review as this places the process on hold. As of today your file is still under review. We will be reaching out as soon as underwriting produces an offer.

Thank you for reaching out and I hope you had a great holiday as well, Happy new year !

Gad - susan marano - Outlook

## RE: Hi!

Wright, Deanna <Deanna.Wright@53.com>

Wed 1/11/2023 6:25 PM

To: susan marano <s.marano@hotmail.com>

Hello,

Please advise I reached out to my supervisor on this matter and am awaiting an email with an update on the reportings . Please note also that letters will automatically be sent out as long as there is an outstanding balance. In the meantime, there is one more piece of documentation the underwriters are asking for. Could you please send me a written explanation detailing your hardship? ( please include timeframes as underwriting wants to know the reason for initially falling behind) As soon as you send me this I will get it sent over so the review can continue.

Also please note I did check and your account still says it is under protections. I will contact with an update.

Thank you,

Deanna Wright
Homeowner's Assistance Customer Care Specialist
Please be sure to include your account number in your response , thank you .

Fifth Third Bank | 5001 Kingsley Dr | MD 1MOB19 | Cincinnati, OH 45227
855-736-4578 | fax: 513-358-8786

-----Original Message-----
From: susan marano <s.marano@hotmail.com>
Sent: Monday, January 9, 2023 1:30 PM
To: Wright, Deanna <Deanna.Wright@53.com>
Subject: Hi!

**CAUTION EXTERNAL EMAIL**

**DO NOT open attachments or click on links from unknown senders or unexpected emails**

Did you get my email over the weekend that I sent you should've gotten it this morning I received a very upsetting letter that I am $6000 in the hoLe and that it's been reported to the credit bureaus and then I'm going into foreclosure. Could you please reach out to me 727-539-9472 or send me an email or update me in some way because this is really upsetting..
Susan Marano RN
**CAUTION EXTERNAL EMAIL**

**DO NOT open attachments or click on links from unknown senders or unexpected emails**

This e-mail transmission contains information that is confidential and may be privileged.   It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or

## Loss Mitigation

**Wright, Deanna** <Deanna.Wright@53.com>
Thu 1/12/2023 7:55 AM

To: susan marano <s.marano@hotmail.com>

Hello and good morning . My supervisor got back to me on the matter of the credit report. Your report is showing current with disaster protections. Which means its not reporting delinquency, but it will show a balance. I hope this answered your question.

Thank you ,

**Deanna Wright**
*Homeowner's Assistance Customer Care Specialist*

*Please be sure to include your account number in your response , thank you .*

 **Fifth Third Bank  |  5001 Kingsley Dr |  MD 1MOB19  |  Cincinnati, OH 45227 .**
855-736-4578  |  fax: ▓▓▓▓▓▓▓

This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

## Loss Mitigation

Wright, Deanna <Deanna.Wright@53.com>
Fri 1/20/2023 8:31 AM

To: susan marano <s.marano@hotmail.com>

Hello, I am writing to tell you your documents have all been uploaded and will be sent to underwriting for review. Underwriting gets 30 days to review your file but you can check in on the status of your hardship whenever you'd like. You will receive a letter regarding the decision once it has been made. Should you have any additional questions please call us at 855-736-4578.

Thank you,

**Deanna Wright**
*Homeowner's Assistance Customer Care Specialist*

*Please be sure to include your account number in your response , thank you .*

Fifth Third Bank  |  5001 Kingsley Dr |  MD 1MOB19  |  Cincinnati, OH 45227
855-736-4578  |  fax: 513-358-8786

*Handwritten note: She never responds this after called I've emailed + I was the Reported to the credit Bureau around beginning of Feb 90 past due After*

This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

*Handwritten note: I was continually told I was protected during the forbearance process!*

# EXHIBIT 4

Fifth Third Bank
5001 Kingsley Drive
MD 1MOB19
Cincinnati OH 45227



**FIFTH THIRD BANK**

SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE, FL 33715

**Date:**                      February 15, 2023
**Account:**

### Your Homeowner's Assistance Application: Action Required

Dear Borrower (s),

We appreciate your participation in our Homeowners Assistance Program and are contacting you because we need additional information from you to complete your file and process your request.

**Please review the information below carefully and return the additional document(s) requested no later than 30 days from the date of this letter. If you need assistance while gathering the information to return, please contact us at 855-736-4578. It is important that we receive your documents in the time frame requested so that you do not lose your eligibility for this program.**

**Documents still needed**
Please forward the documents listed below. We may also contact you for additional information and ask that you promptly return any calls from us so that we are able to continue processing your request. Once we have all requested items, your application will be complete.

**General:**

- Other Requirement: Need 3 month profit and loss for second business
- Other Requirement: Need update 3 month profit and loss for Elite PSNC
- Other Requirement: Please contact 5/3 Bank for more information

If IRS Form 4506-T is needed and you need another copy, go to irs.gov and search "4506-T" in the search window.

**Forwarding your documents**
**We'll need to have your documents within 30 days of the date of this letter.** You can use one of the following methods:

- Online:    53.com/mortgagerelief
- Fax:       513-358-8786
- Mail:      Fifth Third Bank
             5001 Kingsley Drive
             MD 1MOB19
             Cincinnati OH 45227

**Note:** Do not provide any personal medical information, such as personal records or documents, explanations of medical condition(s) or medication history. All personal medical information should be kept confidential.

Once we receive all required information, we will review your application in more detail for all available Home Assistance Programs in accordance with the guidelines of your mortgage lender to determine which assistance program may be most suitable for your situation. If your loan is owned or guaranteed by a mortgage loan investor or insurer, an assistance program may require their final approval. The decision regarding your eligibility will be made within 30 days after all required information is received.

LIDN 1244
Fifth Third Bank, National Association. Member FDIC. ☎ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

**Valuation of your property**
To complete our review of your Homeowner's Assistance Application, we may order a new valuation of the property. This will be either a broker's price opinion (BPO) or automated valuation model (AVM). A BPO or AVM is an external tool that analyzes your property against other comparable properties to determine an estimated sale price or property value. If we obtain a new AVM or BPO, you can expect to receive a copy promptly, even if your application for assistance is not approved.

**Additional important information**
- If we receive your package within 37 days of a scheduled foreclosure sale, we will make every effort to expedite our review of it prior to a scheduled foreclosure sale. If appropriate, we may attempt to postpone a scheduled foreclosure sale to allow us time to complete a full review of your package. A foreclosure sale postponement is not guaranteed, and in some jurisdictions, we may be unable to postpone a scheduled foreclosure sale based on local regulations.

- Be aware that all collection/foreclosure activity initiated will continue until the holder of your mortgage approves your request for a homeowners assistance program and may require the first payment be received. This request for additional information will not suspend or cancel any scheduled collection or foreclosure activity up to and including foreclosure sale of the property.

- If you have any other mortgage loans secured by the same property (above), we strongly suggest that you contact the loan servicer(s) to discuss additional assistance options that may be available to you.

**We're here to help**
If you have any questions during this process, please call us at 855-736-4578, Monday through Friday, 8 a.m. to 5 p.m., ET. General information can also be found at 53.com/gethelp.

Additionally, the U.S. Department of Housing and Urban Development (HUD) provides approved counselors who can assist you with completing your "workout" package. You can contact them at hud.gov/offices/hsg/sfh/hcc/fc/.

We look forward to receiving your information and working with you.

Sincerely,

Glenn Meadows
Senior Vice President

Fifth Third Bank, National Association, acknowledges bankruptcy filings and the borrower(s)'s right to retain an attorney. We will refrain from any further communication with a borrower(s) who has/have filed bankruptcy or who has retained an attorney regarding collection of the debt, unless we receive instructions stating otherwise.

BANKRUPTCY NOTICE: To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this letter is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien. Any negotiations or arrangements entered into do not constitute a waiver of your discharge, an attempt to collect against you personally or an attempt to revive your personal liability for the debt.

**Error resolution procedures**
If you believe there is an error with your account, please write us at the address below. Include your name and loan number, along with the error you are inquiring about and explain as clearly as you can why you believe there is an error.

> Fifth Third Bank
> 5050 Kingsley Drive
> MD 1MOCFP
> Cincinnati OH 45227

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have the right to a free copy of the report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. It can be obtained by contacting them at 800-888-4213 or by writing to:

> TransUnion - Consumer Relations
> 2 Baldwin Place
> P.O. Box 1000
> Chester PA 19022

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant s income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau and can be reached by writing to:

> **Consumer Financial Protection Bureau**
> **1700 G Street N.W.**
> **Washington DC 20006**

# EXHIBIT 5

Synchrony Bank
PO Box 71735
Philadelphia, PA 19176-1735

125780

03/28/2023

SUSAN MARANO
APT 304
751 PINELLAS BAYWAY S
SAINT PETERSBURG FL 33715-1945

**Regarding your TJX Rewards® Platinum Mastercard® account ending in ▮▮**

Dear Susan Marano,

Based on a recent review of your account, Synchrony Bank has lowered your credit line to $500. Your account remains open and available for use, subject to the new credit line.

Our decision was based in part on a scoring system that was used to predict your creditworthiness. The reason(s) for our decision are listed below.

·    Delinquent Or Derogatory Real Estate Secured Loan
·    Delinquent Or Derogatory Status On Real Estate Secured Loan Is Too Recent
·    Balances On Accounts Too High Compared To Credit Limits And Loan Amounts
·    Total Delinquent Or Derogatory Balances On Real Estate Secured Loans Too High

Some information used to make this decision was obtained from the consumer reporting agency listed below. This consumer reporting agency did not make this credit decision and is unable to provide you with the specific reason(s) for our action. If you believe there may be information on your credit bureau that is not correct, we suggest you contact the consumer reporting agency below to verify the information.

**Information about your External Credit Score used in this evaluation for credit**
In addition, we also obtained an external credit score from the consumer reporting agency listed below and used it in part in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. The credit score below was developed using standard industry methods and was used in evaluating the action taken on your account. The credit score may differ from the score you may obtain from a consumer reporting agency.

**Please see reverse side for important information**

**Account is owned by Synchrony Bank**

NGD1Z62C 8640 8888 304    07 230328 PAGE 00001 OF 00002 AC03    00125780

## ALL PERSONS TO WHOM THIS LETTER IS ADDRESSED

Please direct any inquiries concerning this notice to the creditor whose name and address is located in the upper left hand corner of the reverse side.

Requests for a copy of your credit report should be sent to the credit reporting agency listed on the reverse side. If no agency is listed, a credit report was not utilized in making this decision.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

Creditor: Synchrony Bank. The federal agency that administers compliance with this law concerning this creditor is the *Consumer Financial Protection Bureau, 1700 G Street NW., Washington, DC 20552.*

Under the federal Fair Credit Reporting Act, if a consumer reporting agency or agencies is identified in this letter, you have the right (i) to obtain, within 60 days from your receipt of this letter, a free copy of a consumer report on you from the identified agency or agencies and (ii) to dispute the accuracy or completeness of any information on you in a consumer report furnished by the consumer reporting agency or agencies.

OHIO RESIDENTS: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

OM864053
R02042020

Your credit score: 568
Date: March 16, 2023

Scores range from a low of 300 to a high of 850.

Key factors that adversely affected your credit score:

- Delinquent Or Derogatory Real Estate Secured Loan
- Delinquent Or Derogatory Status On Real Estate Secured Loan Is Too Recent
- Balances On Accounts Too High Compared To Credit Limits And Loan Amounts
- Total Delinquent Or Derogatory Balances On Real Estate Secured Loans Too High
- Number Of Inquiries Was A Factor In Determining Score

While the date of the credit score may not be recent, your score has likely not changed significantly since this date. We receive updated scores on a periodic basis, and when significant changes occur. If you believe there may be information on your credit bureau that is not correct, we suggest you contact the consumer reporting agency below to verify the information.

TRANSUNION CONSUMER RELATIONS
WWW.TRANSUNION.COM/MYOPTIONS
2 BALDWIN PLACE/P.O. BOX 1000
CHESTER, PA 19022
800-888-4213

If you have any questions, please call the phone number listed below.

Sincerely,

Synchrony Bank
1-877-890-3150

# EXHIBIT 6

# ACHIEVA CREDIT UNION
P.O. Box 1500 Dunedin, Florida 34697

Date: 4/14/2023

SUSAN MARANO
751 PINELLAS BAYWAY S, APT 304
ST PETERSBURG, FL 33715-1946



Thank you for your application for _____ Personal Loan for an Amount of $5000.00 _____ requested  04/14/2023

We are unable to offer you credit on the terms you requested for the following reasons:

AMOUNT PAST DUE ON ACCOUNTS
NUMBER OF INQUIRIES MAY HAVE ALSO ADVERSELY IMPACTED THE SCORE
PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
SERIOUS DELINQUENCY
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below.  You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Equifax
P.O. Box 740241
Atlanta, GA 30374-0241
www.equifax.com/fcra
800-685-1111

We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

- Your credit score:  541
- Date: 04/14/2023
- Scores range from a low of 250  to a high of 900
- Key factors that adversely affected your credit score:
  * AMOUNT PAST DUE ON ACCOUNTS
   * NUMBER OF INQUIRIES MAY HAVE ALSO ADVERSELY IMPACTED THE SCORE
  * PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
  * SERIOUS DELINQUENCY
  * TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN

Our credit decision was based in whole or in part on information obtained from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

If you have any questions regarding this notice, you should contact: Achieva Credit Union, PO Box 1500.

# EXHIBIT 7

Fifth Third Bank
5001 Kingsley Drive
MD 1MOB19
Cincinnati OH 45227





**BY FIRST CLASS MAIL**

SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE FL 33715-1945

144

Date: March 31, 2023
Account: ****7144

144

Property: 751 PINELLAS BAYWAY S APT 304
TIERRA VERDE FL 33715

## Urgent Notice Regarding Acceleration of Mortgage Loan: Payment Due in Full

Dear SUSAN MARANO:

We are sending this notice to provide important information regarding the above referenced account.

**What you need to know**
We are hereby exercising our contractual right to accelerate your loan.

This means that the entire amount of the outstanding balance on this account has been, and is hereby, declared accelerated and immediately due. The Accelerated Amount as of 03/31/2023 is $276,591.24 and equals the entire unpaid loan balance plus any applicable fees and charges that have accrued, and can be assessed per the loan documents and applicable law since the date of default.

We intend to proceed with the remedies described in the Mortgage/Deed of Trust, Note, and/or modifications to the loan documents, as permitted under applicable law. We may also be entitled to collect expenses incurred in pursuing the remedies available to us, including, but not limited to, attorney's fees and costs where allowed by law. To enforce our rights, we have referred the loan to our law firm/trustee which will proceed with foreclosure. Please direct all future communications concerning the foreclosure to:

KASS SHULER, P.A.
1505 N. FLORIDA AVE
TAMPA FL 33602
813-229-0900

**Right to reinstate the loan**
While the loan has been accelerated and is now due in full, there may still be the right, by law and/or through the mortgage/deed of trust, to reinstate the loan. To obtain a reinstatement quote, please contact the law firm/trustee above.

Any amounts received less than the total amount due to reinstate are not applied to your mortgage. These amounts are held temporarily in a separate unapplied funds account and reviewed for proper handling. Acceptance of these amounts should not be construed as a cure of the default or a waiver of our rights.

We also encourage you to contact the Homeowner's HOPE Hotline at 888-995-HOPE (4673) if you need further counseling. These services are free of charge, available in both English and Spanish and certified by the U.S. Department of Housing and Urban Development (HUD).

LIDN 4712

Fifth Third Bank, National Association. Member FDIC. ⌂ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

0029396700014401010D000

MTG0011 FTBW / 20230401 / 100N1 / 144

MG10745

# EXHIBIT 8

$10.00     KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY
DEPUTY CLERK: CLK100558

**Record and Return To:**
FIFTH THIRD BANK
LIEN RELEASE
38 FOUNTAIN SQUARE PLAZA
MD# 1MOBB1
CINCINNATI, OH 45273

**Prepared By:**
**ANNA SANTIAGO**
FIFTH THIRD BANK
5001 KINGSLEY DRIVE
MD# 1MOBB1
CINCINNATI, OH 45227
800-972-3030

Loan #: **0300587144**
MIN: **10040001310064165**
MERS Phone #: **(888) 679-6377**

---

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS DESIGNATED NOMINEE FOR LENDUS LLC., BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS. , P.O. BOX 2026, FLINT, MI 48501 (888) 679-6377,** by these presents does convey, assign, transfer and set over to: **FIFTH THIRD BANK, N.A., 5001 KINGSLEY DRIVE 1MOBB1, CINCINNATI, OH 45227,** the described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$280000.00** is recorded in the State of **FLORIDA,** County of **Pinellas** Official Records, dated **01/19/2021** and recorded on **01/26/2021,** as Instrument No. **2021024722** in Book No. **21358,** at Page No. **42**
Original Mortgagor: **SUSAN MARANO single woman**
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR LENDUS, LLC, BENEFICIARY OF SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS**
Property Address: **751 PINELLAS BAYWAY S APT 304, TIERRA VERDE, FL 33715**
Date: **04/06/2023.**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
("MERS"), AS MORTGAGEE, AS DESIGNATED NOMINEE
FOR LENDUS LLC., BENEFICIARY OF THE SECURITY
INSTRUMENT, ITS SUCCESSORS AND ASSIGNS.**

By: _____
Name: **Kris Kleehamer**
Title: **Vice President**

STATE OF **Ohio**
COUNTY OF **HAMILTON** } s.s.

On **04/06/2023,** before me, **Sally Knox,** Notary Public, personally appeared **Kris Kleehamer, Vice President** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS DESIGNATED NOMINEE FOR LENDUS LLC., BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS. ,** personally known to me (or proved to me the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she/he/they executed the same in her/his/their authorized capacity(ies), and that by her/his/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____

Notary Public: **Sally Knox**
My Commission Expires: **05/18/2026**
Commission #: **2016-RE-570684**

SALLY KNOX
Notary Public, State of Ohio
My Commission Expires
May 18, 2026
COMMISSION 2016-RE-570684

# EXHIBIT 9

# REBBECCA GOODALL LAW P. A.

P.O. Box 1304. Elfers, FL 34680
(813) 438-3695
Rgoodall.law@gmail.com | www.RGoodallLaw.com

April 24, 2023

Fifth Third Bank
5050 Kingsley Drive
MD1 MOCFP
Cincinnati, OH 45227

        Re: Susan Marano
        Property Address: 751 Pinellas Bayway S. Apt 304, Tierra Verde, FL 33715
        Account No. ███

To Whom It May Concern:

This office represents the Borrower, Susan Marano, with respect to the loan on the above referenced property. This representation encompasses the debt within the meaning of Florida Statutes, Section 559.72(18) and 15 United States Code, Section 1692c(a)(2). Please accept this letter as a notice of error under the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605(e), and Regulation X, 12 C.F.R. 1204.35 and 1024.36.

As you may be aware, Susan Marano has applied for loss mitigation protection on account of her disaster forebearance at least twice. Notwithstanding assurances that her file was sent to an underwriter by Deanna Wright and Jeff Hummer in loss mitigation, she has never received a response approving or denying her application. Instead, she has been repeatedly told that her application is expired because information was not received. Now she is being reported as 90 days late despite the fact that she has complied with your every instruction and request.

Please review the loss mitigation applications and information submitted by Susan Marano and provide a letter advising her that she is approved or denied and the reasons for denial. Please also remove all negative credit reporting information from her credit file as she was continually assured she would not be adversely reported during this process and you failed to review her application. To the extent you contend she was fully reviewed, please provide any notices that were allegedly sent to her advising her of the outcome of her application.

Pursuant to 12 C.F.R. § 1024.35(d) and § 1024.36(c) you must acknowledge receipt of this qualified written request within five days of receipt. You must provide a response to this request no later than thirty business days after receipt pursuant to 12 C.F.R. § 1024.35(e)(3)(c) and § 1024.36(d)(2)(i)(B).

        Regards,


        Rebbecca Goodall

# EXHIBIT 10



FIFTH THIRD BANK

5050 Kingsley Drive12
MD 1MOCOP
Cincinnati OH 45263

Rebbecca Goodall Law P.A.
Attn: Rebbecca Goodall
PO Box 1304
Elfers LO 34680

Date:     May 18, 2023
Account:    *****7114

**Regarding Susan Marano's Fifth Third Mortgage Loan**

Dear Rebbecca Goodall:

Thank you for the letter you sent to the Bank regarding your client's Fifth Third mortgage loan. Your feedback is very important to us as it allows us to better understand how we can improve our service to our customers.

A review of our records indicates that your client contacted us for hardship assistance on November 10, 2022, for her mortgage loan ending in 7114. On November 14, 2022, we received a partial application for assistance. As we needed additional information, a notice titled Your Homeowner's Assistance Application: Action Required was mailed to Ms. Marano's address on November 17, 2022, requesting the following items:

- The Uniform Borrower Assistance (UBA) must be completed and include: 1) all income, expenses, and assets for each borrower, 2) an explanation of financial hardship that makes it difficult to pay the mortgage, and 3) your acknowledgement and agreement that all information that you provide is true and accurate.
- The declaration page from the borrowers Homeowners Insurance company showing insurance coverage on the property, amount of coverage and the amount of the deductible.

On November 28, 2022, we received the additional page of the hardship application. We continued to receive documentation from your client until December 14, 2022, when we had sufficient information to consider the application complete and move forward with our review of her file. Please note that as our enclosed letter dated December 14, 2022, explains, additional information may be needed as we evaluated the hardship options available. During the review of Ms. Marano's file, it was determined additional information was needed.

On January 6, 2023, the enclosed letter titled Your Homeowner's Assistance Application: Action Required was mailed to the address on file requesting additional information, including a letter that detailed the hardship experienced by your client. This information was received on January 17, 2023.

On February 15, 2023, an additional noticed titled Your Homeowner's Assistance Application: Action Required was mailed to the address on file requesting income information as well as a request for your client to contact us. On March 3, 2023, we verbally confirmed with your client that updated income documentation was required to move forward with our review. Several attempts were made to contact

Fifth Third Bank, National Association. Member FDIC. ⌂ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.



# FIFTH THIRD BANK

your client via telephone, however, our efforts to speak with her or obtain the necessary documentation were unsuccessful.

As a result, on March 21, 2023, a letter was sent to the address on file stating the Bank has not been able to obtain the information necessary to evaluate the request for assistance and our review of her application for assistance was closed. If your client would like to contact our Homeowners Assistance Department to discuss options that may be available, they can be reached at telephone number 855-736-4578, Monday through Friday 8 a.m. to 5 p.m., ET. We encourage Ms. Marano to contact our Homeowner's Assistance Department as soon as possible, so that we can discuss available options with her and possibly begin a new application for assistance.

It should be noted that our letters dated November 17, 2022, January 6, 2023, and February 15, 2023, explain that any collection activity is not suspended while reviewing an application for assistance. In addition, the Frequently Asked Questions enclosed with the Mortgage Assistance Application explain that the borrower remains obligated to remit timely monthly payments and the delinquency of the loan will be reported in accordance with the requirements of the Fair Credit Reporting Act. We regret any frustration this may cause; however, we are required to report accurate information to the credit reporting agencies, and we cannot accommodate your request to change prior negative reporting. In cases where no bank error occurred. Additionally, we are unable to honor your request to remove any of the late fees on your client's loan, as these fees were not assessed in error.

If you would like to contact the credit reporting agencies directly, their contact information can be found below:

| | |
|---|---|
| Equifax | 800-685-1111 |
| Experian | 888-397-3742 |
| TransUnion | 800-916-8800 |
| Innovis | 800-540-2505 |

Thank you for your patience while we researched this matter for you. If I could be of further assistance to you, please contact me directly at 513-358-0464, or toll free at 866-360-5353, Monday through Friday, 8 a.m. to 5 p.m., ET.

Sincerely,

Nathan G
Office of the President

Enclosed: Previous Response, Homeowners Assistance Application: Action Required letters (3), and Closure Letter

2

# EXHIBIT 11

Case Number:23-006998-CI

Filing # 173417896 E-Filed 05/18/2023 07:43:00 AM

IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT IN
AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION
Case No.
Division

FIFTH THIRD BANK, NATIONAL ASSOCIATION
    Plaintiff,
vs.

SUSAN MARANO, et al.
    Defendants.
_____/

## NOTICE OF LIS PENDENS

TO DEFENDANT(S):
SUSAN MARANO
SANDBAR TOWNHOMES HOMEOWNERS' ASSOCIATION, INC.; TIERRA VERDE COMMUNITY
ASSOCIATION, INC.; UNKNOWN SPOUSE OF SUSAN MARANO
UNKNOWN TENANTS/OWNERS 1,
UNKNOWN TENANTS/OWNERS 2,
UNKNOWN TENANTS/OWNERS 3,
ALL OTHERS TO WHOM IT MAY CONCERN

You are notified of the institution of this action by Plaintiff against you seeking to foreclose a mortgage

encumbering the following real property in Pinellas County, Florida:

LOT 7, SANDBAR TOWNHOMES, A SUBDIVISION ACCORDING TO THE PLAT THEREOF
RECORDED IN PLAT BOOK 101, PAGE 80, OF THE PUBLIC RECORDS OF PINELLAS COUNTY,
FLORIDA.

with a street address of 751 PINELLAS BAYWAY S, #304, TIERRA VERDE, FL 33715.

DATED: 5/17/2023

**David R. Byars**
**FL Bar 114051**

Jennifer M. Scott / Florida Bar #59668
JScott@kasslaw.com
Attorney for Plaintiff
Kass Shuler, P.A.
1505 N. Florida Ave.
Tampa, Florida 33602-2613
(813) 229-0900 Fax (813) 229-3323

The Primary e-mail address for electronic service of all pleadings
in this case under Rule 2.516 is as follows:
ForeclosureService@kasslaw.com

NOTICE OF LIS PENDENS

PINELLAS COUNTY

F078950/2321756/dmo
Page 1

# EXHIBIT 12

Fifth Third Bank
5001 Kingsley Drive
MD 1MOB19
Cincinnati OH 45227



**FIFTH THIRD BANK**

SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE, FL 33715

| | |
|---|---|
| **Date:** | June 9, 2023 |
| **Account:** | ** |
| **Property:** | 751 PINELLAS BAYWAY S |
| | APT 304 |
| | TIERRA VERDE, FL,33715 |

### Important Information Regarding Your Mortgage Modification

Dear SUSAN MARANO,

Life brings challenges, and we try to provide assistance to our customers whenever possible. Based on our review of your mortgage loan (above), we are offering you an opportunity to participate in a Trial Period Plan for modifying your loan.

The Trial Period Plan is the first step in qualifying for more affordable mortgage payments and/or more manageable terms. This offer has been determined to be the option available to you based upon:

- Your request for assistance;
- Our review of your account based on this request;
- Your application which is considered complete; and,
- Our review of all information required within your application and which was provided by you.

*To complete our review of your request for application, we may have ordered a valuation of the property—either a Broker's Price Opinion (BPO) or Automated Valuation Model (AVM). Both are independent tools that help determine property value and an estimated sale price by analyzing the property against other comparable properties. If a new AVM or BPO was obtained, we will provide you with a copy before the modification is completed.*

Please take time to read the information below so that you know how to successfully complete the Trial Period Plan to permanently modify your mortgage. **If you have any other mortgage loans secured by the same property, we strongly suggest that you contact the servicer(s) of the other loan(s) to discuss any additional options for assistance that may be available to you.**

**Proposed modification terms**
Successfully completing the Trial Period Plan requires that you make all payments by the due dates. After that you will:
- Submit signed copies of your modification agreement to us.
- Receive a modification with an interest rate of 2.875%. This rate will be fixed for 40 years from the effective date of the modification.

The modified loan enables you to defer, or delay, paying a certain amount of the amount you owe. If the unpaid balance of your mortgage is more than the value of your home:
- You will be eligible to have up to 30% of your principal balance deferred.
- The deferred amount will not be subject to any interest rate charges.
- The deferred principal amount will not be due and payable until the earlier of (i) the end of the 40-year term of the modified mortgage, (ii) any sale or transfer of your interest in the property, or (iii) a refinance of your mortgage loan.

LIDN 3010
Fifth Third Bank, National Association. Member FDIC. ⌂ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

**What you need to do**
Please follow all instructions below:

- **Stop the foreclosure process (suspension of foreclosure)**
  To have us delay referring your mortgage to foreclosure or suspend existing foreclosure proceedings, you will need to:

  — Accept this offer no later than 06/24/2023. To accept, call us at 855-736-4578 or send a letter to:

  > Fifth Third Bank
  > 5001 Kingsley Drive
  > MD 1MOB17 Attn: Loss Mitigation
  > Cincinnati OH 45227

  > OR

  — Make your first trial period payment by 06/24/2023, which is **earlier** than the scheduled due date stated below.

  **Important:** If you do not respond by June 24, 2023, we may continue with the foreclosure process, and a foreclosure sale may occur. This offer will be revoked if a foreclosure sale occurs, even if the sale occurs prior to the first trial period payment due date stated below.

- **Make trial period payments**
  — To successfully complete the Trial Period Plan, you must make the trial period payments below:

| Trial Period Payment Number | Trial Period Payment | Due Date On or Before |
|---|---|---|
| 1 | $1,721.87 | 07/01/2023 |
| 2 | $1,721.87 | 08/01/2023 |
| 3 | $1,721.87 | 09/01/2023 |

  — If we do not receive payment by the last day of the month it is due, this offer will be revoked. Foreclosure proceedings may continue, and a foreclosure sale may occur.

  — Submit your payments using one of these methods:

  **Online:**  At 53.com, initiate a payment to the account noted above. Use the "Other Amount" option to make the required payment.

  **Phone:**  Call ▌▌▌▌  Monday through Friday, 8 a.m. to 5 p.m., ET
  (one-time  Please have your account and routing numbers ready.
  payment)  There may be a fee associated with this transaction.

  **Mail:**  Fifth Third Bank
  5001 Kingsley Drive
  MD 1MOB17 Attn: Loss Mitigation
  Cincinnati OH  45227

  **In Person:**  Visit any Fifth Third branch.

  **Note:** If you are currently using Fifth Third Bank's Auto BillPayer® service for your mortgage payments, you will need to suspend this service by calling 800-837-2000 until your loan is fully reinstated.

**Modification terms**

The table below compares your current mortgage terms to the estimated modified terms.

|  | **Current Terms** | **Modification Terms** |
|---|---|---|
| **Payment[1]** | $2,085.42 | $1,721.87 |
| **Interest Rate** | 2.875% | 2.875% |
| **Term** | 340 | 480 |
| **Maturity Date** | 02/01/2051 | 09/01/2063 |
| **Deferred Principal[2]** | $0.00 | $0.00 |

[1] Payment includes principal, interest, and escrow payment, if applicable. For more information on the estimated modification payment amount, review the Frequently Asked Questions enclosed.
[2] For more information on deferred principal, review the Frequently Asked Questions enclosed.

**Next steps**

- Once you have successfully made each of the payments above by the due dates, your modified terms will take effect only after:
  — You have signed and submitted your loan modification agreement (which we will send to you after the completion of the Trial Period Plan);
  — We have signed the loan modification agreement and returned a copy to you upon completion of the Trial Period Plan; **AND**
  — The modification effective date set forth in the loan modification agreement has occurred.

- Be sure to thoroughly review the enclosed FAQs (Frequently Asked Questions) and Additional Trial Period Plan Information and Legal Notices documents.

- We reserve the right to revoke this offer or terminate the plan following your acceptance if we learn of information that would make you ineligible for the Trial Period Plan.

- We must receive each payment in the month in which it is due. If you miss a payment or do not fulfill any other terms of your trial period, this offer will end, and your mortgage loan will not be modified.

- Please note that except for your monthly mortgage payment amount during the trial period, the terms of your existing loan and all mortgage requirements remain in effect and unchanged during the trial period.

**How to reach us**

If you have questions about any of this information, please contact us at 855-736-4578, Monday through Friday, 8 a.m. to 5 p.m., ET.

Remember, it's important to respond as quickly as possible. We look forward to hearing from you.

Sincerely,

Glenn Meadows
Senior Vice President

Enclosures
- Frequently Asked Questions
- Additional Trial Period Plan Information and Legal Notices

BANKRUPTCY NOTICE: To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this letter is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien. Any negotiations or

arrangements entered into do not constitute a waiver of your discharge, an attempt to collect against you personally or an attempt to revive your personal liability for the debt.



FIFTH THIRD BANK

**Additional Trial Period Plan Information and Legal Notices**

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan.**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Trial Period Plan or do not qualify for a permanent modification.

- You agree that we will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not pay you interest on the amounts held in the account, unless required by applicable law. If any money is left in this account at the end of the Trial Period Plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

- Our acceptance and posting of your payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

- You must continue to make the trial plan payment amount listed in your trial plan agreement until the executed loan modification documents have been signed and returned.

**If you were not required to include escrows for taxes and insurance in your original monthly payment, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked.

- You agree to establish an escrow account and to pay required funds into that account, unless not allowed by applicable law.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**We reserve the right to revoke this offer or terminate the Trial Period Plan following your acceptance if we learn of information that would make you ineligible for the Trial Period Plan or loan modification.**

In this case, we may exercise any of the rights and remedies provided by the loan mortgage documents and applicable law.

**Your mortgage will not be modified if you sold or transferred any interest in the property in violation of your mortgage loan documents.**

LIDN 2035

Fifth Third Bank, National Association. Member FDIC. ☎ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.



**FIFTH THIRD BANK**

# Frequently Asked Questions

**What else should I know about this offer?**
- Your state Housing Finance Agency (HFA) may be participating in a program using federal Hardest Hit Funds to assist qualified homeowners to pay down a portion of the unpaid principal balance of their mortgage loans (HFA Program).
  — If you are eligible and qualify for the HFA Program and make your trial period payments on time, upon our receipt of the HFA Funds we will apply such funds to the amount you owe on your mortgage loan.
  — If we do not receive the HFA Funds and you otherwise qualify for the modification, we may still offer you a modification.
  — Because there could be income tax consequences related to payment of your debt obligation by a third party, we encourage you to seek guidance from a tax professional.
- If you make your new trial period payments on time, we will not conduct a foreclosure sale.
- You will not be charged any fees for this trial period plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- We will continue to report the delinquency status of your loan to consumer reporting agencies as well as your entry into a trial period plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements. (For those impacted by a FEMA*-declared disaster area eligible for individual assistance, see "If your Trial Period Plan is related to an eligible disaster" below.)
  — Although consumer reporting agencies generally consider the entry into a trial period plan and loan modification an increased credit risk, it is important to point out that continued delinquency, including a foreclosure, would have an even more negative impact to your credit score.
  — Once your loan is modified, you will be considered current on your mortgage and your credit score may improve as long as you make your payments on time.
  — **For more information about your credit score, go to:** consumerfinance.gov/consumer-tools/credit-reports-and-scores

**What is a trial period?**
A trial period plan is a temporary payment relief period that allows you to demonstrate that you can consistently manage the estimated modified mortgage payment. Your existing loan and loan requirements remain in effect and unchanged during this time.

**How does the modification work?**
- A loan modification changes some of the terms of your mortgage, such as monthly payment, interest rate, and maturity date, which may make your payment more affordable. You will repay the new, interest-bearing mortgage balance in equal monthly payments over the modified term.
- To permanently modify your mortgage:
  — You must first successfully complete the trial period plan. Your modified mortgage payment will be based on the interest-bearing, unpaid principal balance as of the end of the trial period and may be somewhat different than the trial period plan payment, which is an estimate of your modified mortgage payment.
  — Once you make all of your trial period payments on time and meet all of the terms in this trial period plan, you must sign and return the loan modification agreement.
  — Once we determine you have complied with the trial period plan requirements, we will sign/accept the loan modification agreement and return a copy for your records.
- If you are eligible and qualify for the HFA Program after making all of your trial period plan payments on time and otherwise remain eligible for a loan modification, we will apply the HFA Funds once we receive them in this order:
  — First, to reduce accrued and unpaid interest on our mortgage loan and any other past due amounts advanced by us under the terms of the mortgage.
  — Then, to pay down a portion of the unpaid principal balance of the mortgage loan.
  — If we do not receive the HFA Funds, we will offer you a modification without HFA Funds if you remain eligible for the modification.

LIDN 2036
Fifth Third Bank, National Association. Member FDIC. ☎ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.



# Frequently Asked Questions

*Federal Emergency Management Agency

**Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**
If your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage.
- Your new monthly payment may also include an escrow for property taxes, hazard insurance and other escrowed expenses unless its inclusion is prohibited by applicable law.
- If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

**What is deferred principal?**
Deferred principal is a portion of the unpaid mortgage balance for which repayment is delayed.
- If your modified terms include deferred principal, your due date for this amount would be the earliest of
  1) The date you sell or transfer the property;
  2) The date you refinance the modified mortgage;
  3) The date you pay off the interest-bearing unpaid principal balance of the modified mortgage; or
  4) The new maturity date of the modified mortgage. Interest is not charged on any deferred principal.

**Why do I need to contact you within 14 days? (IMPORTANT)**
If your mortgage has already been, or is about to be, referred to foreclosure, contacting us within 14 days will stop the foreclosure process.
- You can also stop the foreclosure process by sending the first trial period plan payment within 14 days of the date of this letter, which is earlier than the due date for the first trial period plan payment in the attached trial plan documents.
- If your mortgage has already been referred to foreclosure, a foreclosure sale may occur if you do not contact us or send the first trial period plan payment within 14 days of the date of this letter.
- You may also incur additional expenses related to foreclosure if you do not contact us or send the first trial period plan payment within 14 days of the date of this letter.

**Can I still receive a modification if I do not contact you or send the first trial period plan payment within 14 days?**
Yes, except in the limited circumstances where a foreclosure sale occurs before the due date of the first trial period plan payment.
- However, you must make each of the trial period plan payments on time and then sign the final modification agreement as required in the attached trial plan documents.

**What if I acquired an ownership interest in the property through death, divorce, or legal separation?**
You should contact us as soon as possible because we can help you during these events with details such as where to send the mortgage payments.
- Please contact us to discuss next steps and to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property.



**FIFTH THIRD BANK**

# Frequently Asked Questions

**What if I need further assistance?**
You can contact us any time at 855-736-4578, especially if there are any other events that may prevent you from making your mortgage payments. In the meantime, there are other resources available to you:

- The U.S. Department of Housing and Urban Development (HUD) approves housing counseling agencies that offer foreclosure prevention and debt management information free of charge, and may be able to provide translation or other language assistance. For a list of these resources, contact one of the following federal government agencies:
  — The U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or hud.gov/counseling
  — The Consumer Financial Protection Bureau (CFPB) at 855-411-2372 or consumerfinance.gov/mortgagehelp
- **For additional information on how to avoid foreclosure,** including help for military servicemembers, please visit Fannie Mae (the Federal National Mortgage Association) online at KnowYourOptions.com or Freddie Mac (the Federal Home Loan Mortgage Corporation) online at myhome.freddiemac.com
- **If you have been affected by a disaster event,** please call Fannie Mae's Disaster Response Network™ at 877-833-1746 or visit Fannie Mae's Know Your Options™ website at KnowYourOptions.com

**Do I have to modify my loan into a 480-month (40-year) fixed rate term?**
Yes, unless you have been affected by a FEMA-declared disaster area eligible for individual assistance. (See "If your trial period plan is related to an eligible disaster" below.)

- A 480-month repayment term results in a lower modified monthly payment than would be available under a shorter term.
- The modified mortgage does not have any penalty if you pay off your mortgage earlier than the new maturity date.
- **For more information on options for paying off your mortgage early,** please contact us at 855-736-4578, Monday through Friday, 8 a.m. to 5 p.m., ET.

**If your trial period plan is related to a FEMA-declared disaster area eligible for individual assistance, please note the following:**
If your offer is a 40-year term and you were affected by a FEMA-declared disaster area eligible for individual assistance:

  — You may qualify for a modification with a term that is less than 40 years.
  — If you believe you can afford a monthly payment that is similar to your current monthly principal and interest payment, you may be eligible for a modification that extends the term of your loan just long enough to cover any missed payments during the forbearance period. **For more information about this modification option**, please contact us immediately at 855-736-4578.
- We will not report the delinquency status of your loan or your entry into a trial period plan to consumer reporting agencies during the trial period as long as you are paying in accordance with the terms of this trial period plan. Consumer reporting agencies may consider whether there is an increased credit risk due to the lack of reporting. We cannot be certain on the impact on your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.
- **For more information about your credit score, go to:** consumerfinance.gov/consumer-tools/credit-reports-and-scores

# EXHIBIT 13

June 15, 2023

<u>Via Certified Mail Return Receipt:</u>
Fifth Third Bank
5001 Kingsley Drive
MD 1MOB17 Attn: Loss Mitigation
Cincinnati, OH 45227

6/16/2023

Re: Susan Marano
Property Address: 751 Pinellas Bayway S., Apt 304, Tierra Verde, FL 33715
Loan No. -7144

I, Susan Marano, hereby accept you loan modification offer dated June 9, 2023. I am accepting your offer in writing per the instructions in your letter and will make three payments of $1,721.87 on 7/1/23, 8/1/23, and 9/1/23.

I am aware that you have filed a foreclosure and request that you communicate with your legal counsel to have all proceedings suspended.

Thank you,

Susan Marano

State of Florida

County of Pinellas

Sworn to and subscribed before me this 16 day of June , 2023 by Susan Marano by means of ☑ physical presence or ☐ online notarization, this 16 day of June , 2023, by Susan Marano who is personally known to me or who produced Drivers License as identification and who (did) (did not) take an oath.



VERONICA MELENDEZ
Notary Public
State of Florida
Comm# HH205120
Expires 12/16/2025

Notary Public

[NOTORIAL SEAL]

My commission Expires: 12/16/2025

# EXHIBIT 14



**Fifth Third Bank**

MADISONVILLE OPS CENTER MD1MOC2N  CC3148
CINCINNATI, OHIO 45263-6300

000025

000217

SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE, FL  33715-1945

Date: 11/13/23
Account: ▆▆▆▆

### Your Mortgage Loan Modification Agreement Has Been Completed

Dear SUSAN MARANO

We wish to inform you that your mortgage loan modification has been completed.

Please be aware that effective 12/01/23, your principal and interest payment will be $997.84   If you have an escrow account, your total payment may be higher.

If your payments are automatically deducted from your Fifth Third account or you use Auto BillPayer for making your payment, your new payment amount will be adjusted automatically. However, if your mortgage payment is deducted automatically from your account by another institution, please contact that institution immediately to have the change made.

Please make sure to update your records with these changes.

We're here to help
If you have any questions, you can message us 24/7 online through our mobile app, or call us at 800-972-3030, Monday through Friday, 8 a.m. to 6 p.m., ET.

# EXHIBIT 15



**FIFTH THIRD BANK**

 **CONTACT US: 800-972-3030**
24-Hour Automated Service

 **53.com**
See back for additional information.

| Mortgage Loan Statement |
| --- |
| STATEMENT DATE: 11/20/2023 |

| ACCOUNT NUMBER | |
| --- | --- |
| Property Address | 751 PINELLAS BAYWAY S APT 304 TIERRA VERDE FL 33715 |
| PAYMENT DUE DATE | 12/01/2023 |
| **AMOUNT DUE** | **$1,639.59** |
| (If payment is received after 12/16/2023, $0.00 late fee will be charged.) | |

## ACCOUNT INFORMATION

| | |
| --- | --- |
| Outstanding Principal Balance | $284,433.56 |
| Escrow Balance | $217.71 |
| Interest Rate | 2.875% |
| Prepayment Penalty | No |

## PAST PAYMENTS BREAKDOWN

| Description | Paid Last Month | Paid Year to Date |
| --- | --- | --- |
| Principal | $517.54 | $1,548.91 |
| Interest | $644.16 | $1,936.19 |
| Escrow (Taxes & Insurance) | $1,554.94 | $3,402.38 |
| Fees | $1,380.00 | $1,380.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment(Unapplied) | -$994.77 | $1,721.87 |
| **Total** | **$3,101.87** | **$9,989.35** |

Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. When you pay the balance of the payment, the funds will then be applied to your mortgage.

BANKRUPTCY NOTICE: To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, or you have interest in the property as a successor in interest, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien. NOTICE:  This statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt.

## EXPLANATION OF AMOUNT DUE

| | |
| --- | --- |
| Principal | $316.38 |
| Interest | $681.46 |
| Escrow | $641.75 |
| Optional Insurance | $0.00 |
| **Regular Monthly Payment** | **$1,639.59** |
| Late Charges | $0.00 |
| Other Fees* | $0.00 |
| Past Due Payments | $0.00 |
| **TOTAL AMOUNT DUE** | **$1,639.59** |

*Other Fees may include inspection fees, appraisal fees, etc., as required during the course of servicing your loan.

 **Go Paperless with Electronic Statements!**

Would you rather receive your statements online? Log in to online banking today to receive your statements online. Don't have online banking access? No problem, give us a call at 800-972-3030 to get started today.

**Is Now the Time to Refinance?**

This could be a great time to refinance and lower your payment, shorten your loan term or perhaps take cash out for important home improvements. For more information, please visit your local Fifth Third branch or call 866-351-5353.

Loans subject to credit review and approval. Fifth Third Bank, National Association, 38 Fountain Square Plaza, Cincinnati, OH 45623, NMLS# 403245.

## TRANSACTION ACTIVITY

| Transaction Description | Due Date | Date Posted | Charges | Payments | Principal | Interest | Escrow | Late Charges | Fees | Unapplied |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MORTGAGE PAYMENT | 01/01/2023 | 10/03/2023 | $0.00 | $2,085.42 | $517.54 | $644.16 | $923.72 | $0.00 | $0.00 | -$2,085.42 |
| UNAPPLIED CREDIT | | 10/30/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,721.87 |

PLEASE RETURN THIS PORTION WITH YOUR CHECK PAYABLE TO FIFTH THIRD BANK, NATIONAL ASSOCIATION



0300587144513360004000016395900001639599

**FIFTH THIRD BANK**
MD 1MOBAH
Cincinnati OH 45263-5300

SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE FL 33715

5567

5567

FIFTH THIRD BANK
PO BOX 630412
CINCINNATI OH 45263-0412

| Account Number | |
| --- | --- |
| Payment Due Date | 12/01/2023 |
| **Amount Due** | **$1,639.59** |
| If paid after this date, | 12/16/2023 |
| Then pay | $1,639.59 |
| ($0.00 late fee will be charged after 12/16/2023) | |

| Amount Due (including late fees if applicable) | $ | . |
| --- | --- | --- |
| Additional principal | $ | . |
| Additional escrow | $ | . |
| Total amount enclosed | $ | . |

MTG3301 / FT8W / 20231121 / 10N1 / 5567    003637560056702010800

M9 / LOAN STATEMENT

## How to Pay Your Mortgage Bill:
*Call, click, tap, mail or visit.*

 **Set Up Automatic Payments:** Fifth Third Auto BillPayer®: Have your payment automatically deducted each month from any checking account. Enroll today at 800-837-2000. If the due date falls on a weekend or holiday, your payment will be deducted the business day prior to the weekend or holiday.

 **Make Your Payment Online:**If you're a Fifth Third checking or savings customer, you can easily transfer funds from your Fifth Third account and apply it to your mortgage. Simply visit 53.com and get started. If you do not have Internet Banking access, call us at 800-972-3030.

 **Mobile Banking:**Make your monthly payments anytime, anywhere by using our mobile banking App. Download the app for iPhone® and Android™ smartphones directly from the App Store or Google Play. Or text "mobile" to 535353 and receive a link to get the app. For more information visit 53.com or call 800-972-3030.

 **Send a Check:** FIFTH THIRD BANK, PO BOX 630412, CINCINNATI, OH 45263-0412. Please make check payable to Fifth Third Bank, National Association and be sure to include your loan number.

 **In Person:** Visit any Fifth Third banking center to make your payments in person.

 **Pay by Phone:**Call an agent at 800-972-3030 to make a payment over the phone, Monday through Friday, 8 a.m. to 6 p.m. ET. There may be a fee for this option where legally permitted.

## How to Access Your Mortgage Information:
*Go online or give us a call.*

 **Visit Us Online:**As a Fifth Third customer with Internet Banking access, you can view your account activity online at 53.com. Simply log in to Internet Banking, and under MY ACCOUNTS click on your mortgage loan. Don't have Internet Banking access? No problem, give us a call at to get started today.

**Give Us a Call:** Customer Service Professionals are here for you Monday through Friday, 8 a.m. to 6 p.m. ET. Fifth Third's automated phone service is available 24 hours a day, 7 days a week. Simply call 800-972-3030 and have your account number available to access your account information.

## How to Reach Us:
*Call or write.*

 **Questions about Your Account:** Call 800-972-3030

 **Mortgage Counseling and Assistance:**If you are experiencing a financial hardship and need to speak with someone, please contact us at 866-601-5391. To submit a hardship application online, visit 53.com/mortgagerelief. There is also additional counseling or assistance available through the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

 **Consumer Reporting Disputes, Requests for Information and Notices of Error:**We may report information about your account to the consumer reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you would like to dispute any information about these items, or if you would like to submit an information request or a notice of error, please write to us. Clearly state the specific information that is being requested. For credit bureau disputes or notices of error, also include your reason for the dispute and provide supporting information. Include your name, address and loan number on all written correspondence.

Send the information listed above regarding disputes, errors or requests for information to:

> FIFTH THIRD BANK
> 5050 Kingsley Drive
> MD 1MOCFP
> Cincinnati, OH 45263

 **Request a Payoff:** Call 800-972-3030

 **Questions about Homeowner's Insurance:** Call 855-388-9260 Fax 440-424-5319 Website: www.expressinsuranceinfo.com/3142240

 **Questions about Real Estate Taxes:** Call 800-972-3030

 **Go Paperless with Electronic Statements!**

Would you rather receive your statements online? Log in to Internet Banking today to receive your statements online. Don't have Internet Banking access? No problem, give us a call at 800-972-3030 to get started today.

Fifth Third Bank, National Association. Member FDIC. Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

**This section is intentionally left blank**



**FIFTH THIRD BANK**
CONTACT US: 800-972-3030
24-Hour Automated Service

53.com



| Mortgage Loan Statement |
| --- |
| STATEMENT DATE: 11/20/2023 |

| ACCOUNT NUMBER |
| --- |

## TRANSACTION ACTIVITY

| Transaction Description | Due Date | Date Posted | Charges | Payments | Principal | Interest | Escrow | Late Charges | Fees | Unapplied |
|---|---|---|---|---|---|---|---|---|---|---|
| ESCR DISB TAXES | | 11/07/2023 | $0.00 | -$5,111.87 | $0.00 | $0.00 | -$5,111.87 | $0.00 | $0.00 | $0.00 |
| UNAPPLIED DEBIT | | 11/10/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$631.22 |
| ESCR BAL CREDIT | | 11/10/2023 | $0.00 | $631.22 | $0.00 | $0.00 | $631.22 | $0.00 | $0.00 | $0.00 |
| LOAN MOD WRITE-OFF | | 11/10/2023 | -$20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 |
| LOAN MOD WRITE-OFF | | 11/10/2023 | -$20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 |
| LOAN MOD WRITE-OFF | | 11/10/2023 | -$20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 |
| LOAN MOD WRITE-OFF | | 11/10/2023 | -$20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 |
| LOAN MOD WRITE-OFF | | 11/10/2023 | -$20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 |
| LOAN MOD WRITE-OFF | | 11/10/2023 | -$30.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$30.00 | $0.00 |
| FCL ATTORNEY FEES | | 11/13/2023 | $0.00 | $1,380.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,380.00 | $0.00 |
| INTEREST WO | | 12/01/2023 | $0.01 | $0.00 | $0.00 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| LOAN MOD WRITE OFF | | 12/01/2023 | -$522.72 | $0.00 | $0.00 | $0.00 | $0.00 | -$522.72 | $0.00 | $0.00 |
| MOD PRINC INCREASE | | 12/01/2023 | -$16,084.59 | $0.00 | $-16,084.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LOAN MOD INT ADJ | | 12/01/2023 | $6,429.19 | $0.00 | $0.00 | $6,429.19 | $0.00 | $0.00 | $0.00 | $0.00 |
| LOAN MOD ESC ADJ | | 12/01/2023 | $4,545.40 | $0.00 | $0.00 | $0.00 | $4,545.40 | $0.00 | $0.00 | $0.00 |

003637560055670202OG00

MTG301 / FTBW / 20231121 / 10N1 / 5557

Fifth Third Bank, National Association. Member FDIC.  Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

# EXHIBIT 16



*paid ✓ # 1242*

*Jan ,*

## FIFTH THIRD BANK


**CONTACT US: 800-972-3030**
24-Hour Automated Service



**53.com**
See back for additional information.

### Mortgage Loan Statement

STATEMENT DATE: 12/01/2023

| ACCOUNT NUMBER | |
|---|---|
| Property Address | 751 PINELLAS BAYWAY S APT 304 |
| | TIERRA VERDE FL 33715 |
| PAYMENT DUE DATE | 01/01/2024 |
| **AMOUNT DUE** | **$1,639.59** |

(If payment is received after 01/16/2024, $0.00 late fee will be charged.)

### ACCOUNT INFORMATION

| | |
|---|---|
| Outstanding Principal Balance | $284,034.90 |
| Escrow Balance | $859.46 |
| Interest Rate | 2.875% |
| Prepayment Penalty | No |

### EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| Principal | $317.34 |
| Interest | $680.50 |
| Escrow | $641.75 |
| Optional Insurance | $0.00 |
| **Regular Monthly Payment** | **$1,639.59** |
| Late Charges | $0.00 |
| Other Fees* | $0.00 |
| Past Due Payments | $0.00 |
| **TOTAL AMOUNT DUE** | **$1,639.59** |

*Other Fees may include inspection fees, appraisal fees, etc., as required during the course of servicing your loan.

### PAST PAYMENTS BREAKDOWN

| Description | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $398.66 | $1,947.57 |
| Interest | $681.46 | $2,617.65 |
| Escrow (Taxes & Insurance) | $641.75 | $4,044.13 |
| Fees | $0.00 | $1,380.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment(Unapplied) | -$1,721.87 | $0.00 |
| Total | $0.00 | $9,989.35 |

Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. When you pay the balance of the payment, the funds will then be applied to your mortgage.

BANKRUPTCY NOTICE: To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, or you have interest in the property as a successor in interest, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien. NOTICE: This statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt.



**Go Paperless with Electronic Statements!**

Would you rather receive your statements online? Log in to online banking today to receive your statements online. Don't have online banking access? No problem, give us a call at 800-972-3030 to get started today.

**Is Now the Time to Refinance?**

This could be a great time to refinance and lower your payment, shorten your loan term or perhaps take cash out for important home improvements. For more information, please visit your local Fifth Third branch or call 866-351-5353.

Loans subject to credit review and approval. Fifth Third Bank, National Association, 38 Fountain Square Plaza, Cincinnati, OH 45623, NMLS# 403245.

### TRANSACTION ACTIVITY

| Transaction Description | Due Date | Date Posted | Charges | Payments | Principal | Interest | Escrow | Late Charges | Fees | Unapplied |
|---|---|---|---|---|---|---|---|---|---|---|
| MORTGAGE PAYMENT | 12/01/2023 | 10/30/2023 | $0.00 | $1,639.59 | $316.38 | $681.46 | $641.75 | $0.00 | $0.00 | -$1,639.59 |
| CURTAILMENT | | 10/30/2023 | $0.00 | $82.28 | $82.28 | $0.00 | $0.00 | $0.00 | $0.00 | -$82.28 |

PLEASE RETURN THIS PORTION WITH YOUR CHECK PAYABLE TO FIFTH THIRD BANK, NATIONAL ASSOCIATION



## FIFTH THIRD BANK
MD 1MOBAH
Cincinnati OH 45263-5300



0300587144513360004000016395900001639599

SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE FL 33715

9424

9424

| Account Number | |
|---|---|
| Payment Due Date | 01/01/2024 |
| Amount Due | $1,639.59 |
| If paid after this date, | 01/16/2024 |
| Then pay | $1,639.59 |

($0.00 late fee will be charged after 01/16/2024)

FIFTH THIRD BANK
PO BOX 630412
CINCINNATI OH 45263-0412

| | | |
|---|---|---|
| Amount Due (including late fees if applicable) | $ | . |
| Additional principal | $ | . |
| Additional escrow | $ | . |
| Total amount enclosed | $ | . |

0036710000942401010O0D0

MTG301 / FTBW / 20231202 / 10N4 / 39997

MG / LOAN STATEMENT

## How to Pay Your Mortgage Bill:
*Call, click, tap, mail or visit.*

 **Set Up Automatic Payments: Fifth Third Auto BillPayer®:** Have your payment automatically deducted each month from any checking account. Enroll today at 800-837-2000. If the due date falls on a weekend or holiday, your payment will be deducted the business day prior to the weekend or holiday.

 **Make Your Payment Online:** If you're a Fifth Third checking or savings customer, you can easily transfer funds from your Fifth Third account and apply it to your mortgage. Simply visit 53.com and get started. If you do not have Internet Banking access, call us at 800-972-3030.

 **Mobile Banking:** Make your monthly payments anytime, anywhere by using our mobile banking App. Download the app for iPhone® and Android™ smartphones directly from the App Store or Google Play. Or text "mobile" to 535353 and receive a link to get the app. For more information visit 53.com or call 800-972-3030.

 **Send a Check:** FIFTH THIRD BANK, PO BOX 630412, CINCINNATI, OH 45263-0412. Please make check payable to Fifth Third Bank, National Association and be sure to include your loan number.

 **In Person:** Visit any Fifth Third banking center to make your payments in person.

 **Pay by Phone:** Call an agent at 800-972-3030 to make a payment over the phone, Monday through Friday, 8 a.m. to 6 p.m. ET. There may be a fee for this option where legally permitted.

## How to Access Your Mortgage Information:
*Go online or give us a call.*

 **Visit Us Online:** As a Fifth Third customer with Internet Banking access, you can view your account activity online at 53.com. Simply log in to Internet Banking, and under MY ACCOUNTS click on your mortgage loan. Don't have Internet Banking access? No problem, give us a call at  to get started today.

**Give Us a Call:** Customer Service Professionals are here for you Monday through Friday, 8 a.m. to 6 p.m. ET. Fifth Third's automated phone service is available 24 hours a day, 7 days a week. Simply call 800-972-3030 and have your account number available to access your account information.

## How to Reach Us:
*Call or write.*

 **Questions about Your Account:** Call 

 **Mortgage Counseling and Assistance:** If you are experiencing a financial hardship and need to speak with someone, please contact us at 866-601-6391. To submit a hardship application online, visit 53.com/mortgagerelief. There is also additional counseling or assistance available through the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

 **Consumer Reporting Disputes, Requests for Information and Notices of Error:** We may report information about your account to the consumer reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you would like to dispute any information about these items, or if you would like to submit an information request or a notice of error, please write to us. Clearly state the specific information that is being requested. For credit bureau disputes or notices of error, also include your reason for the dispute and provide supporting information. Include your name, address and loan number on all written correspondence.

Send the information listed above regarding disputes, errors or requests for information to:

FIFTH THIRD BANK
5050 Kingsley Drive
MD 1MOCFP
Cincinnati, OH 45263

 **Request a Payoff:** Call 800-972-3030

 **Questions about Homeowner's Insurance:** Call 855-388-9260 Fax 440-424-5319 Website: www.expressinsuranceinfo.com/3142240

 **Questions about Real Estate Taxes:** Call 800-972-3030

 **Go Paperless with Electronic Statements!**

Would you rather receive your statements online? Log in to Internet Banking today to receive your statements online. Don't have Internet Banking access? No problem, give us a call at 800-972-3030 to get today.

Fifth Third Bank, National Association. Member FDIC. ⌂ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

**This section is intentionally left blank**

# EXHIBIT 17




**FIFTH THIRD BANK**

**CONTACT US: 800-972-3030**
24-Hour Automated Service

**53.com**
See back for additional information.

## Mortgage Loan Statement
### STATEMENT DATE: 02/01/2024

| ACCOUNT NUMBER | |
|---|---|
| Property Address | 751 PINELLAS BAYWAY S APT 304 TIERRA VERDE FL 33715 |
| PAYMENT DUE DATE | 03/01/2024 |
| **AMOUNT DUE** | **$4,644.59** |

(If payment is received after 03/16/2024, $0.00 late fee will be charged.)

### ACCOUNT INFORMATION

| | |
|---|---|
| Outstanding Principal Balance | $279,651.58 |
| Escrow Balance | -$272.04 |
| Interest Rate | 2.875% |
| Prepayment Penalty | No |

### EXPLANATION OF AMOUNT DUE



| | |
|---|---|
| Principal | $327.84 |
| Interest | $670.00 |
| Escrow | $641.75 |
| Optional Insurance | $0.00 |
| Regular Monthly Payment | $1,639.59 |
| Late Charges | $0.00 |
| Other Fees* | $3,005.00 |
| Past Due Payments | $0.00 |
| **TOTAL AMOUNT DUE** | **$4,644.59** |

*Other Fees may include inspection fees, appraisal fees, etc., as required during the course of servicing your loan.

Handwritten: "Not Late paid $1246 $1639.59"

### PAST PAYMENTS BREAKDOWN

| Description | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $327.08 | $327.08 |
| Interest | $670.76 | $670.76 |
| Escrow (Taxes & Insurance) | $641.75 | $641.75 |
| Fees | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment(Unapplied) | $0.00 | $0.00 |
| Total | $1,639.59 | $1,639.59 |

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. When you pay the balance of the payment, the funds will then be applied to your mortgage.

**BANKRUPTCY NOTICE:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, or you have interest in the property as a successor in interest, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE:** This statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt.

### Go Paperless with Electronic Statements!

Would you rather receive your statements online? Log in to online banking today to receive your statements online. Don't have online banking access? No problem, give us a call at 800-972-3030 to get started today.

**Is Now the Time to Refinance?**

This could be a great time to refinance and lower your payment, shorten your loan term or perhaps take cash out for important home improvements. For more information, please visit your local Fifth Third branch or call 866-351-6353.

Loans subject to credit review and approval. Fifth Third Bank, National Association, 38 Fountain Square Plaza, Cincinnati, OH 45263 (NMLS# 403245).

### TRANSACTION ACTIVITY

| Transaction Description | Due Date | Date Posted | Charges | Payments | Principal | Interest | Escrow | Late Charges | Fees | Unapplied |
|---|---|---|---|---|---|---|---|---|---|---|
| FCL ATTORNEY FEES | | 01/08/2024 | $920.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $920.00 | $0.00 |
| DOC FILING COST | | 01/08/2024 | $1,970.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,970.00 | $0.00 |

PLEASE RETURN THIS PORTION WITH YOUR CHECK PAYABLE TO FIFTH THIRD BANK, NATIONAL ASSOCIATION

0300587144513360004000004644590000464459 3

**FIFTH THIRD BANK**
MD 1MOBAH
Cincinnati OH 45263-5300



SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE FL 33715

7818

7818

FIFTH THIRD BANK
PO BOX 630412
CINCINNATI OH 45263-0412

| Account Number | 300587144 |
|---|---|
| Payment Due Date | 03/01/2024 |
| Amount Due | $4,644.59 |
| If paid after this date, | 03/16/2024 |
| Then pay | $4,644.59 |

($0.00 late fee will be charged after 03/16/2024)

| | |
|---|---|
| Amount Due (including late fees if applicable) | $ |
| Additional principal | $ |
| Additional escrow | $ |
| Total amount enclosed | $ |

MTG301 I FTBW / 202402202 / 10N4 / 38446          0002354800781802010800

MG LOAN STATEMENT

## How to Pay Your Mortgage Bill:
*Call, click, tap, mail or visit.*

 **Set Up Automatic Payments:** Fifth Third Auto BillPayer®. Have your payment automatically deducted each month from any checking account. Enroll today at 800-837-2000. If the due date falls on a weekend or holiday, your payment will be deducted the business day prior to the weekend or holiday.

 **Make Your Payment Online:** If you're a Fifth Third checking or savings customer, you can easily transfer funds from your Fifth Third account and apply it to your mortgage. Simply visit 53.com and get started. If you do not have Internet Banking access, call us at 800-972-3030.

 **Mobile Banking:** Make your monthly payments anytime, anywhere by using our mobile banking App. Download the app for iPhone® and Android™ smartphones from the App Store or Google Play. Or text "mobile" to 535353 and receive a link to get the app. For more information visit 53.com or call 800-972-3030.

 **Send a Check:** FIFTH THIRD BANK, PO BOX 630412, CINCINNATI, OH 45263-0412. Please make check payable to Fifth Third Bank, National Association and be sure to include your loan number.

 **In Person:** Visit any Fifth Third banking center to make your payments in person.

 **Pay by Phone:** Call an agent at 800-972-3030 to make a payment over the phone, Monday through Friday, 8 a.m. to 6 p.m. ET. There may be a fee for this option where legally permitted.

## How to Access Your Mortgage Information:
*Go online or give us a call.*

 **Visit Us Online:** As a Fifth Third customer with Internet Banking access, you can view your account activity online at 53.com. Simply log in to Internet Banking, and under MY ACCOUNTS click on your mortgage loan. Don't have Internet Banking access? No problem, give us a call at  to get started today.

**Give Us a Call:** Customer Service Professionals are here for you Monday through Friday, 8 a.m. to 6 p.m. ET. Fifth Third's automated phone service is available 24 hours a day, 7 days a week. Simply call 800-972-3030 and have your account number available to access your account information.

## How to Reach Us:
*Call or write.*

 **Questions about Your Account:** Call 800-972-3030

 **Mortgage Counseling and Assistance:** If you are experiencing a financial hardship and need to speak with someone, please contact us at 866-601-6391. To submit a hardship application online, visit 53.com/mortgagerelief. There is also additional counseling or assistance available through the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

 **Consumer Reporting Disputes, Requests for Information and Notices of Error:** We may report information about your account to the consumer reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you would like to dispute any information about these items, or if you would like to submit an information request or a notice of error, please write to us. Clearly state the specific information that is being requested. For credit bureau disputes or notices of error, also include your reason for the dispute and provide supporting information. Include your name, address and loan number on all written correspondence.

Send the information listed above regarding disputes, errors or requests for information to:

FIFTH THIRD BANK
5050 Kingsley Drive
MD 1MOCFP
Cincinnati, OH 45263

 **Request a Payoff:** Call 800-972-3030

 **Questions about Homeowner's Insurance:** Call 866-398-9260 Fax 440-424-5319 Website: www.expressinsuranceinfo.com/3142240

 **Questions about Real Estate Taxes:** Call 800-972-3030

 ## Go Paperless with Electronic Statements!

Would you rather receive your statements online? Log in to Internet Banking today to receive your statements online. Don't have Internet Banking access? No problem, give us a call at 800-972-3030 to get started today.

Fifth Third Bank, National Association, Member FDIC. Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

**This section is intentionally left blank**





**FIFTH THIRD BANK**
**CONTACT US: 800-972-3030**
24-Hour Automated Service

53.com

| Mortgage Loan Statement |
| :---: |
| STATEMENT DATE: 02/01/2024 |

**ACCOUNT NUMBER**

### TRANSACTION ACTIVITY

| Transaction Description | Due Date | Date Posted | Charges | Payments | Principal | Interest | Escrow | Late Charges | Fees | Unapplied |
|---|---|---|---|---|---|---|---|---|---|---|
| TITLE SEARCH | | 01/08/2024 | $115.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $115.00 | $0.00 |
| MORTGAGE PAYMENT | 02/01/2024 | 01/16/2024 | $0.00 | $1,639.59 | $327.06 | $670.78 | $641.75 | $0.00 | $0.00 | $0.00 |

000235480078180202020G00

MTG3-301 / FTBW / 20240202 / 10N4 / 38448

Fifth Third Bank, National Association. Member FDIC. ⌂ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

# EXHIBIT 18

FIFTH THIRD BANK
MADISONVILLE OPERATIONS CENTER
MD 1MOC2N
CINCINNATI OH 45263


**FIFTH THIRD BANK**

SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE FL 33715-1945

5501

| | |
|---|---|
| Date: | July 16, 2024 |
| Account: | ****** |
| Payment: | $1,639.59 |
| Late Charges: | $0.00 |
| Fees: | $3,005.00 |
| Total due: | $4,644.59 |

470

### Important Information Regarding Your Mortgage Loan

Dear SUSAN MARANO:

Our records show that your mortgage loan account is currently past due in the amount of $4,644.59, which includes any applicable late charges and fees. The total amount of $4,644.59 must be paid immediately. The delinquency of your mortgage loan is a serious matter that could result in the loss of your home.

Payment can be made by visiting any Fifth Third Banking Center or by calling 888-393-1352. Additionally, you can mail your payment in along with the bottom portion of this page to us at:

Fifth Third Bank
P O BOX 630412
Cincinnati OH 45263-5300

If you have already made this payment, please disregard this notice. If you did not include late charges with this payment, please add them to next month's payment.

If you are unable to catch up with your mortgage payment, we want to offer our assistance. Depending on who owns your loan, resources are available to you for information on preventing foreclosure, avoiding fraud scams and accessing approved counseling, at no cost to you.

- Visit 53.com\gethelp for general information or start a hardship application at 53.com/mortgagerelief.
- Visit Freddie Mac's My Home web site at MyHome.FreddieMac.com and Fannie Mae's 'Fanniemae.com'.
- Find available HUD-approved housing counselors—Call the US Department of Housing and Urban Development at 800-569-4287 or visit HUD.gov/counseling.

If you have any questions, please call us at 888-393-1352. Our Customer Service Professionals are available to assist you Monday through Friday, 8 a.m. to 5 p.m., ET. For information on other Fifth Third products and services, stop by any of our Banking Centers or visit us online at 53.com. We'll show you how the things you do today can bring you closer to a better tomorrow.

Sincerely,

Fifth Third Bank

BANKRUPTCY NOTICE: To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this letter is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien. Any negotiations or arrangements entered into do not constitute a waiver of your discharge, an attempt to collect against you personally or an attempt to revive your personal liability for the debt.

LIDN 2376

Fifth Third Bank, National Association. Member FDIC. 🏠 Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

LIDN 2376





**FIFTH THIRD BANK**
FIFTH THIRD BANK
MADISONVILLE OPERATIONS CENTER
MD 1MOC2N
CINCINNATI OH 45263

SUSAN MARANO
751 PINELLAS BAYWAY S APT 304
TIERRA VERDE FL 33715-1945

030058714400004644598

Fifth Third Bank
P O BOX 630412
Cincinnati OH 45263-5300

| Mortgage Delinquent Notice | |
|---|---|
| Statement Date: | July 16, 2024 |
| Mortgage Loan: | *****7144 |
| Payment Due Date: | July 1, 2024 |
| Payment Due: | $1,639.59 |
| Late Charges: | $0.00 |
| Fees: | $3,005.00 |
| Total Payment Due: | $4,644.59 |

**Amount Enclosed:  $_____**

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

⑈513360004⑈   0300587144⑈

# EXHIBIT 19

_____10/11_____, 2023

Susan Marano
751 Pinellas Bayway South, Unit 304
Tierra Verde, FL 33715
SSN: ▓17-56-6595
DOB: ▓11/11/1904

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Dear Sir of Madam:

    I am writing to dispute the following information in my credit report. I have enclosed a copy of the pertinent pages of the report for your review.

    The report contains my Fifth Third Bank, N.A. ("Fifth Third") mortgage account. It erroneously states that my mortgage was "90 Days Past Due" in January, 2023, and February, 2023. It also states that my mortgage was "120 Days Past Due" in March, 2023, and "120 Days Past Due" in April, 2023.

    This reporting is inaccurate. In October and November of 2022, I applied for "Homeowners Assistance" with my lender, Fifth Third. I was led to believe, by Fifth Third, that I was in a forbearance and that mortgage payments weren't necessary. Months later, I was informed by Fifth Third that Fifth Third had placed my mortgage on a FEMA disaster hold and not a forbearance, as Fifth Third had told me. Nevertheless, I was repeatedly informed by Fifth Third that my account was "protected." I relied on Fifth Third's representations and didn't make payments during those months under the belief that no negative reporting would take place.

    As a result of this erroneous item being listed on my report my credit has been damaged.

    The inaccurate reporting of a balance which I do not owe has already negatively affected my credit worthiness.

    Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,

Susan Marano



## Personal Credit Report for:
## SUSAN MARANO

### File Number:
### 331041659

### Date Created:
### 09/07/2023

Visit transunion.com/dispute to start a dispute online.

# 8 Personal Information

You have been on our files since 06/01/1986. Your SSN has been masked for your protection.

**Credit Report Date**

09/07/2023

**Social Security Number**

██████████

**Date of Birth**

11/11/1964

**Name**

SUSAN M. MARANO, RN

**Also Known As**

**AKA**

S MARANO

**AKA**

SUE M. REGENSBURGER

**AKA**

SUSAN M. REGENSBURGER

# Addresses

**Current Address**

751 PINELLAS BAYWAY S APT 304 SAINT PETERSBURG, FL 33715-1945

**Date Reported**

02/13/2021

**Other Address**

6077 BAHIA DEL MAR BLVD APT 224 SAINT PETERSBURG, FL 33715-1092

**Date Reported**

10/12/2019

**Other Address**

733 BOCA CIEGA ISLE DR ST PETE BEACH, FL 33706-2535

**Date Reported**

11/08/2015

**Other Address**

3547 BELLE VISTA DR E ST PETE BEACH, FL 33706-2622

**Date Reported**

05/28/2013

**Other Address**

2604 BOTANY AVE SARASOTA, FL 34239-4903

**Date Reported**

12/31/2010

**Other Address**

2336 GOLDENROD ST SARASOTA, FL 34239-5319

**Date Reported**

04/14/2009

**Other Address**

2229 BOUGAINVILLEA ST SARASOTA, FL 34239-5314

**Date Reported**

06/30/2008

**Other Address**

2580 ARBORETUM CIR SARASOTA, FL 34232-4325

**Date Reported**

12/27/2007

**Other Address**

4781 WOODWARD PL SARASOTA, FL 34233-1822

**Date Reported**

02/01/2007

**Other Address**

4871 WOOD WARD PL SARASOTA, FL 34233

**Date Reported**

01/01/2007

**Other Address**

5519 HOMEWOOD DR SARASOTA, FL 34232-5807

**Date Reported**

11/01/2006

**Other Address**

7822 CREST HAMMOCK WAY SARASOTA, FL 34240-8248

**Date Reported**

04/19/2007

**Other Address**

404 MADEIRA CIR SAINT PETERSBURG, FL 33715-1990

**Date Reported**

05/31/2015

**Other Address**

751 PINELLAS BAYWAY S UNIT 3 TIERRA VERDE, FL 33715-1971

**Date Reported**

05/31/2021

**Other Address**

6077 BAHIA DEL MAR BLVD APT 22 SAINT PETERSBURG, FL 33715-3319

**Date Reported**

12/12/2020

**Other Address**

2580 ARBORETUM CIR UNIT 21 SARASOTA, FL 34232-4325

**Date Reported**

11/30/2020

**Other Address**

3547 BELLE VISTA DR APT D ST PETE BEACH, FL 33706-3803

**Date Reported**

09/04/2018

**Other Address**

357 BELLE VISTA DR E SAINT PETERSBURG, FL 33706

**Date Reported**

10/05/2014

**Other Address**

926 E JERSEY ST ELIZABETH, NJ 07201-2729

**Date Reported**

10/16/2011

**Other Address**

3336 GOLDENROD ST SARASOTA, FL 34239

**Date Reported**

02/28/2011

# Phone Numbers

**Phone Number**

(727) 539-9472

**Phone Number**

(941) 961-3430

| Phone Number |
|---|
| (941) 961-3143 |
| Phone Number |
| (941) 914-3430 |
| Phone Number |
| (941) 266-4638 |
| Phone Number |
| (941) 961-8678 |
| Phone Number |
| (941) 706-1055 |
| Phone Number |
| (305) 940-9991 |
| Phone Number |
| (941) 342-0584 |

| Phone Number |
|---|
| (941) 379-6394 |
| Phone Number |
| (539) 947-9472 |
| Phone Number |
| (727) 527-7324 |
| Phone Number |
| (941) 312-5488 |
| Phone Number |
| (908) 351-5455 |
| Phone Number |
| (732) 727-8199 |
| Phone Number |
| (973) 748-3768 |

**Phone Number**

(941) 485-0432

**Phone Number**

(516) 889-6292

**Phone Number**

(941) 552-8967

**Phone Number**

(941) 924-5473

# Employers

**Employer**

ELITE POST SURGICAL NURSING CA

Date Verified
09/20/2022

TAMPA OUT PATIENT SURGERI

Date Verified
02/28/2019

RETIRED

Date Verified
12/30/2015

PRIVATE DUTY RN

Occupation
RN

Date Verified
02/28/2011

SELF EMPLOYED

| January 2018 | February 2018 | March 2018 | April 2018 |
|---|---|---|---|
| Rating | Rating | Rating | Rating |
| 30 | OK | OK | OK |

| July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|
| Rating | Rating | Rating | Rating |
| OK | OK | OK | OK |

FIFTH THIRD BANK NA30058****

## Account Information

5050 KINGSLE

Address

Phone

Monthly Payment

Date Opened

Responsibility

Account Type

Loan Type

Balance

**Date Updated**

**Payment Received**

**Last Payment Made**

**High Balance**

**Past Due**

**Pay Status**

**Terms**                                                                    $2,085 per

**Estimated month and year this item will be removed**

**Remarks**

## Payment History

| February 2021 | March 2021 | April 2021 | May 2021 |
|---|---|---|---|
| Rating | Rating | Rating | Rating |
| X | OK | OK | OK |

| August 2021 | September 2021 | October 2021 | November 2021 |
|---|---|---|---|
| Rating | Rating | Rating | Rating |
| OK | OK | OK | OK |

| February 2022 | March 2022 | April 2022 | May 2022 |
|---|---|---|---|
| Rating | Rating | Rating | Rating |
| OK | OK | OK | OK |

| August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|
| Rating | Rating | Rating | Rating |
| OK | X | X | X |

| February 2023 | March 2023 | April 2023 | May 2023 |
|---|---|---|---|
| Rating | Rating | Rating | Rating |
| 90 | 120 | 120 | X |

JPMCB CARD SERVICES4388576l5218****

## Account Information

**Address**                                                          PC

**Phone**

**Date Opened**

# EXHIBIT 20

_D/11_, 2023

Susan Marano
751 Pinellas Bayway South, Unit 304
Tierra Verde, FL 33715
SSN: ███████
DOB: 11/11/1964

Experian
P.O. Box 9701
Allen, TX 75013

Dear Sir of Madam:

I am writing to dispute the following information in my credit report. I have enclosed a copy of the pertinent pages of the report for your review.

The report contains my Fifth Third Bank, N.A. ("Fifth Third") mortgage account. It erroneously states that my mortgage was "90 Days Past Due" in January, 2023, and February, 2023. It also states that my mortgage was "150 Days Past Due" in March, 2023, and "180 Days Past Due" in April, 2023.

This reporting is inaccurate. In October and November of 2022, I applied for "Homeowners Assistance" with my lender, Fifth Third. I was led to believe, by Fifth Third, that I was in a forbearance and that mortgage payments weren't necessary. Months later, I was informed by Fifth Third that Fifth Third had placed my mortgage on a FEMA disaster hold and not a forbearance, as Fifth Third had told me. Nevertheless, I was repeatedly informed by Fifth Third that my account was "protected." I relied on Fifth Third's representations and didn't make payments during those months under the belief that no negative reporting would take place.

As a result of this erroneous item being listed on my report my credit has been damaged.

The inaccurate reporting of a balance which I do not owe has already negatively affected my credit worthiness.

Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,

Susan Marano



Annual Credit Report - Experian

Prepared For

**SUSAN MARANO**

**Personal & Confidential**

Date Generated   Oct 10, 2023

Report Number   1413-3379-27

# At a Glance

**30 Accounts**          **0 Public Records**          **9 Hard Inquiries**

## Personal Information

**9** Names          **31** Addresses          **4** SSN Variations          **4** Employers          **5** Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names

| | | | |
|---|---|---|---|
| **SUSAN MARANO**<br>Name ID #2680 | **SUSAN M MARANO**<br>Name ID #6295 | **S MARANO**<br>Name ID #8223 | **SUSAN ELIZABETH MARANO**<br>Name ID #30777 |
| **SUSAN C MARANO**<br>Name ID #23653 | **SUSAN MARY REGENSBURGER**<br>Name ID #19320 | **SUSAN E MARANO**<br>Name ID #27482 | **SUE REGENSBURGER**<br>Name ID #1088 |
| **SUSAN MORANO**<br>Name ID #30944 | | | |

## Addresses

---

**751 PINELLAS BAYWAY S APT304 TIERRA VERDE FL, 33715-1945**

Address ID #0076020702
Apartment complex

---

**751 PINELLAS BAYWAY S TIERRA VERDE FL, 33715-1971**

Address ID #0076020893
Multifamily

---

**751 PINELLAS BAYWAY S #3 TIERRA VERDE FL, 33715-1971**

Address ID #0270940987
Apartment complex

---

**6077 BAHIA DEL MAR BLVD APT22 SAINT PETERSBURG FL, 33715-3319**

Address ID #0387502009
Apartment complex

---

**2580 ARBORETUM CIR APT21 SARASOTA FL, 34232-4325**

Address ID #0077430131
Single family

---

**6077 BAHIA DEL MAR BLVD APT224 SAINT PETERSBURG FL, 33715-1092**

Address ID #0076017963
Apartment complex

---

**404 MADEIRA CIR TIERRA VERDE FL, 33715-1990**

Address ID #0306676658
Single family

---

**733 BOCA CIEGA ISLE DR ST PETE BEACH FL, 33706-2535**

Address ID #0075846382
Single family

---

**2604 BOTANY AVE SARASOTA FL, 34239-4903**

Address ID #0077507193
Single family

---

**357 BELLE VISTA DR E SAINT PETERSBURG FL, 33706**

Address ID #0787374116
Single family

---

**2336 GOLDENROD ST SARASOTA FL, 34239-5319**

Address ID #0077508047
Single family

---

**2580 ARBORETUM CIR SARASOTA FL, 34232-4325**

Address ID #0077430130
Single family

---

**2229 BOUGAINVILLEA ST #2 SARASOTA FL, 34239-5314**

Address ID #0697568124
Single family

---

**2229 BOUGAINVILLEA ST SARASOTA FL, 34239-5314**

Address ID #0077508009
Single family

---

**4781 WOODWARD PL SARASOTA FL, 34233-1822**

Address ID #0300955700
Single family

---

**4871 WOOD WARD PL SARASOTA FL, 34233**

Address ID #0618286961
Single family

---

**7822 CREST HAMMOCK WAY SARASOTA FL, 34240-8248**

Address ID #0577204535
Single family

---

**20 CARMEL CT OLD BRIDGE NJ, 08857-3063**

Address ID #0017397759
Single family

---

**828 MAIN ST BELLEVILLE NJ, 07109-3459**

Address ID #0012181499
Multifamily

---

**555 STATE ROUTE 18 STE283 EAST BRUNSWICK NJ, 08816-3727**

Address ID #0225160680

---

| | | | Multifamily |
|---|---|---|---|
| **555 STATE ROUTE 18** EAST BRUNSWICK NJ, 08816-3727 Address ID #0017146366 Multifamily | **751 PINELLAS BAYWAY S #WA** SAINT PETERSBURG FL, 33715-1971 Address ID #0309131713 Apartment complex | **6077 BAHIA DEL MAR BLVD** SAINT PETERSBURG FL, 33715-3319 Address ID #0076022543 Multifamily | **6077 BAHIA DEL MAR BLVD APT2242** TIERRA VERDE FL, 33715-3319 Address ID #0926945717 Apartment complex |
| **6181 MEDICI CT APT203** SARASOTA FL, 34243-2614 Address ID #0292636952 Apartment complex | **926 E JERSEY ST** ELIZABETH NJ, 07201-2729 Address ID #0012275510 Single family | **3336 GOLDENROD ST** SARASOTA FL, 34239 Address ID #0747209097 Single family | **PO BOX 48893** SARASOTA FL, 34230-5893 Address ID #0077391792 Post office box |
| **555 STATE HWY 18** E BRUNSWICK NJ, 08816 Address ID #0425271334 Single family | **5 BLACKSMITH LN** MILLSTONE TOWNSHIP NJ, 08510-9752 Address ID #0409213114 Single family | **828 MAIN ST APT1** BELLEVILLE NJ, 07109-3449 Address ID #0012181449 Apartment complex | |

## Social Security Numbers

| XXX-XX-1953 | XXX-XX-5695 | XXX-XX-1113 | XXX-XX-2339 |
|---|---|---|---|

## Year of Birth

1964

## Phone Numbers

| (305) 940-9991 | (727) 539-9471 | (727) 539-9472 |
| Residential | Cellular | Cellular |

## Spouse or Co-Applicant

ROSARIO

## Employers

| TAMPA OUT PATIENT SURGERI | RETIRED | OAKS FAMILY PRACTICE | DR JEFFREY SACK |

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.



## ACHIEVA CREDIT UNION

### Account Info

| Account Name | ACHIEVA CREDIT UNION |
| Account Number | ▮▮▮▮▮▮▮▮ |
| Account Type | Auto Loan |
| Responsibility | Individual |
| Date Opened | 10/13/2020 |
| Status | Paid, Closed/Never late. |
| Status Updated | June 2022 |
| Balance | - |
| Balance Updated | - |

| 2019 | CLS | – | – | – | – | – | – | – | – | – | – | – |
| 2018 | 30 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔  Current / Terms met    30  Past due 30 days

CLS  Closed

**Payment history guide**

30 days past due as of Jan 2018

---

✉ **Contact Info**

Address                         PO BOX 96375,
                                LAS VEGAS NV 89193

Phone Number                    (877) 825-3242

---

📝 **Comment**

**Current:**

Account closed at consumer's request.

**Previous:**

None

---

# FIFTH THIRD BANK NA

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | FIFTH THIRD BANK NA |
| Account Number | 3 |
| Account Type | Mortgage |
| Responsibility | Individual |
| Date Opened | 01/19/2021 |
| Status | Open. $18,773 past due as of Aug 2023. |
| Status Updated | Apr 2023 |
| Balance | $262,106 |
| Balance Updated | 08/31/2023 |
| Recent Payment | $2,085 as of 8/15/2023 |
| Monthly Payment | $1,721 |
| Original Balance | $280,000 |
| Highest Balance | - |

Annual Credit Report - Experian

| | | |
|---|---|---|
| Terms | 30 Years | |
| Mortgage Agency Name | Freddie Mac ID | |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 90 | 90 | 150 | 180 | ND | ND | 180 | 180 | — | — | — | — |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | ND | ND | ND |
| 2021 | — | — | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ | Current / Terms met | 90 | Past due 90 days |
| 150 | Past due 150 days | 180 | Past due 180 days |
| ND | No data for this period | | |

**Payment history guide**

180 days past due as of Aug 2023, Jul 2023, Apr 2023

150 days past due as of Mar 2023

90 days past due as of Feb 2022, Jan 2023

By May 2029, this account is scheduled to go to a positive status.

## 📋 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2023 | $281,219 | $1,762 | $1,721 on 6/20/2023 |
| May 2023 | $284,629 | $1,762 | $0 on 10/21/2022 |
| Jan 2023 | $274,663 | $2,085 | $0 on 10/21/2022 |
| Dec 2022 | $273,037 | $0 | $0 on 10/21/2022 |
| Nov 2022 | $270,821 | $0 | $0 on 10/21/2022 |
| Oct 2022 | $269,897 | $0 | $2,143 on 10/21/2022 |
| Sep 2022 | $270,469 | $0 | $2,085 on 9/12/2022 |
| Aug 2022 | $270,982 | $2,085 | $2,085 on 8/11/2022 |
| Jul 2022 | $271,493 | $2,085 | $2,941 on 7/26/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2022 | $272,003 | $2,085 | $2,085 on 6/2/2022 |
| May 2022 | $272,512 | $2,085 | $0 on 4/29/2022 |
| Apr 2022 | $272,512 | $2,085 | $8,341 on 4/29/2022 |
| Jan 2022 | $274,535 | $1,436 | $0 on 12/31/2021 |
| Dec 2021 | $274,535 | $1,436 | $2,872 on 12/31/2021 |
| Nov 2021 | $275,539 | $1,436 | $1,436 on 11/3/2021 |
| Oct 2021 | $276,039 | $1,436 | $1,436 on 10/4/2021 |

**Additional Info**

The original amount of this account was $280,000

---

**Contact Info**

Address                           5050 KINGSLEY DR,
                                  CINCINNATI OH 45227

Phone Number                      (800) 972-3332

---

**Comment**

**Current:**

Paying under a partial payment agreement.

**Previous:**

Paying under a partial payment agreement.

May 2023 to Jun ████

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

May 2023

Affected by natural or declared disaster.

Sep 2022 to Dec 2022

Payment Deferred.

Sep 2022 to Dec 2022

---

# EXHIBIT 21

_10/11/_ , 2023

Susan Marano
751 Pinellas Bayway South, Unit 304
Tierra Verde, FL 33715
SSN: 117-56-████
DOB: 11/11/1964

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

Dear Sir of Madam:

I am writing to dispute the following information in my credit report. I have enclosed a copy of the pertinent pages of the report for your review.

The report contains my Fifth Third Bank N.A. ("Fifth Third") mortgage account. It erroneously states that my mortgage was "90 Days Past Due" in January, 2023, and February, 2023. It also states that my mortgage was "150 Days Past Due" in March, 2023, and "180 Days Past Due" in April, 2023.

This reporting is inaccurate. In October and November of 2022, I applied for "Homeowners Assistance" with my lender, Fifth Third. I was led to believe, by Fifth Third, that I was in a forbearance and that mortgage payments weren't necessary. Months later, I was informed by Fifth Third that Fifth Third had placed my mortgage on a FEMA disaster hold and not a forbearance, as Fifth Third had told me. Nevertheless, I was repeatedly informed by Fifth Third that my account was "protected." I relied on Fifth Third's representations and didn't make payments during those months under the belief that no negative reporting would take place.

As a result of this erroneous item being listed on my report my credit has been damaged.

The inaccurate reporting of a balance which I do not owe has already negatively affected my credit worthiness.

Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,

Susan Marano





# EQUIFAX

## CREDIT REPORT

---

**SUSAN MARANO**

**Report Confirmation**

**3783809950**



**Dear SUSAN MARANO:**

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the internet 24 hours a day, 7 days a week at:
  https://www.equifax.com/personal/credit-report-services/credit-dispute/

- Please mail the dispute information to:
  Equifax Information Services LLC
  P.O. Box 740241
  Atlanta, GA 30374

- Call us at 866-349-5186

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: 1-877-SCORE-11.

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Oct 10, 2023 |
| **Credit File Status** | No fraud indicator on file |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 4 Years, 5 Months |
| **Length of Credit History** | 27 Years, 1 Month |
| **Accounts with Negative Information** | 3 |
| **Oldest Account** | SYNCB/LORD & TAYLOR (Opened Sep 01, 1996) |
| **Most Recent Account** | ACHIEVA CREDIT UNION (Opened Mar 03, 2023) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 15 | 7 | $16,920 | $13,380 | $30,300 | 56.0% | $460 |
| Mortgage | 1 | 1 | $283,545 | -$3,545 | $280,000 | 101.0% | $2,085 |
| Installment | 1 | 1 | $29,271 | $5,035 | $34,306 | 85.0% | $464 |
| Other | | | | | | | |
| Total | 17 | 9 | $329,736 | $14,870 | $344,606 | 56.0% | $3,009 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 17 Items Found |
| **Inquiries** | 53 Inquiries Found |
| **Most Recent Inquiry** | CITIBANK NA Oct 07, 2023 |
| **Public Records** | 0 Records Found |
| **Collections** | 0 Collections Found |

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

## 3.1 FIFTH THIRD BANK, N.A.

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | | xx | Reported Balance | | $283,545 |
|---|---|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | | Available Credit | | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | $270,469 | $284,629 | | |
| 2023 | | | | | | $282,534 | | $283,545 | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | $1,762 | | | |
| 2023 | | | | | | $1,721 | | $2,085 | | | | |

#### Actual Payment



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | $2,085 | | | |
| 2023 | | | | | | | | | | | | |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | $280,000 | $280,000 | | |
| 2023 | | | | | | $280,000 | | $280,000 | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | $15,338 | | | |
| 2023 | | | | | | $19,018 | | $18,773 | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## Comments 1

| Date | Comment |
|------|---------|
| 09/2022 | Freddie mac account |
| 10/2022 | Freddie mac account |

| Date | Comment |
|------|---------|
| 06/2023 | Freddie mac account |
| 08/2023 | Paying under a partial payment agreement |

## Comments 2

| Date | Comment |
|------|---------|
| 09/2022 | Affected by natural disaster |
| 10/2022 | Paying under a partial payment agreement |
| 06/2023 | Paying under a partial payment agreement |
| 08/2023 | 180 days or more past due |

## Comments 3

| Date | Comment |
|------|---------|
| 09/2022 | 180 days or more past due |
| 06/2023 | 180 days or more past due |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | 90 | 90 | 150 | 180 | | | 180 | | | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| 2021 | TN | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $280,000 | Owner | INDIVIDUAL |
| Credit Limit | | Account Type | MORTGAGE |
| Terms Frequency | MONTHLY | Term Duration | 108 |

EQUIFAX    SUSAN MARANO | Oct 10, 2023    Page 73 of 103

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Corrections

| | | | |
|---|---|---|---|
| Balance | $263,545 | Date Opened | Jan 19, 2021 |
| Amount Past Due | $19,773 | Date Reported | Aug 07, 2023 |
| Actual Payment Amount | | Date of Last Payment | Aug 2023 |
| Date of Last Activity | | Scheduled Payment Amount | $2,085 |
| Months Reviewed | 27 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Conventional Real Estate Mortgage | Date Closed | |
| Date of First Delinquency | Dec 2022 | | |

## Comments

Paying under a partial payment agreement

180 days or more past due

## Contact

FIFTH THIRD BANK, N.A.
5050 KINGSLEY DRIVE MD 1MOCFP
CINCINNATI, OH 45263
1-800-972-3030

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

## OFFICIAL USE

**Certified Mail Fee**

$

**Extra Services & Fees** *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

**Postage**

$

**Total Postage and Fees**

$ 4.53   8.77

Sent To Equifax Info Services LLC

Street and Apt. No., or PO Box No. P.O. Box 740241

City, State, ZIP+4® Atlanta, GA 30374

Postmark
Here

10.11.23

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 2410 0001 1757 9103